B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**New York City Opera, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**13-2974347** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**75 Broad Street**<br>**Suite 1010**<br>**New York, NY 10004**    ZIP CODE **10004-0000** | Street Address of Joint Debtor (No. & Street, City, and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Non main Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [x] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check **one** box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box: Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

----
**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **New York City Opera, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)     Page 3

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **New York City Opera, Inc.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (If not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |
| **Signature of Attorney*** X **/s/ Kenneth A. Rosen** Signature of Attorney for Debtor(s) **Kenneth A. Rosen (KR 4963)** Printed Name of Attorney for Debtor(s) **Lowenstein Sandler LLP** Firm Name **1251 Avenue of the Americas 17th Floor New York, NY 10020** Address **(212) 262-6700 Fax:(212) 262-7402** Telephone Number **October 3, 2013** Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) _____ Address X _____ _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. X **/s/ George Steel** Signature of Authorized Individual **George Steel** Printed Name of Authorized Individual **General Manager and Artistic Director** Title of Authorized Individual **October 3, 2013** Date | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Southern District of New York

In re **New York City Opera, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS[1]

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Pension Benefit Guaranty Corporation**<br>**Office of the Chief Counsel**<br>**1200 K Street NW, Suite 11123**<br>**Washington, DC 20005** | **Michael McIntyre**<br>**Pension Benefit Guaranty Corporation**<br>**Office of the Chief Counsel**<br>**1200 K Street NW, Suite 11123**<br>**Washington, DC 20005**<br>**202-326-4020** | **Pension Liability** | **Unliquidated** | **Unknown** |
| **New York City Ballet, Inc.**<br>**20 Lincoln Center**<br>**New York, NY 10023** | **New York City Ballet, Inc.**<br>**20 Lincoln Center**<br>**New York, NY 10023**<br>**212-870-5677** | **Trade Debt** | **Unliquidated** | **1,600,000.00** |
| **City Center of Music and Drama**<br>**70 Lincoln Center Plaza**<br>**Fourth Floor**<br>**New York, New York 10023** | **City Center of Music and Drama**<br>**70 Lincoln Center Plaza**<br>**Fourth Floor**<br>**New York, New York 10023**<br>**212-870-4266** | **Post-Employment Liability** | | **792,577.94** |
| **Local 802, Pension**<br>**Attn: Concert Department**<br>**322 West 48th Street**<br>**New York, NY 10036** | **Local 802, Pension**<br>**Attn: Concert Department**<br>**322 West 48th Street**<br>**New York, NY 10036**<br>**212-245-4802**<br>**Fax: 212-245-2304** | **Pension Plan** | | **300,000.00** |
| **Nonprofit Finance Fund**<br>**70 West 36th Street 11th Floor**<br>**New York, NY 10018** | **Dana Britto**<br>**Nonprofit Finance Fund**<br>**70 West 36th Street 11th Floor**<br>**New York, NY 10018**<br>**Fax: 212-268-8653** | **Loan** | | **150,000.00** |
| **AGMA**<br>**1430 Broadway**<br>**14th Floor**<br>**New York, NY 10018** | **Alan Gordon**<br>**AGMA**<br>**1430 Broadway**<br>**14th Floor**<br>**New York, NY 10018**<br>**212-365-3687**<br>**Fax: 212-956-7599** | **Severance** | | **88,544.17** |

[1]The severance claims of senior management employees are excluded from the List of Creditors holding the 20 largest unsecured claims.

B4 (Official Form 4) (12/07) - Cont.
In re  **New York City Opera, Inc.**                                   Case No. _____
                               Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| De Lage Landen Financial Service<br>1111 Old Eagle School Road<br>Suite One<br>Wayne, PA 19087 | De Lage Landen Financial Service<br>1111 Old Eagle School Road<br>Suite One<br>Wayne, PA 19087<br>718-706-7600<br>Fax: 610-386-5778 | Trade Debt | | 57,324.00 |
| Graphic Technology, Inc.<br>44-02 11 Street, 1st Floor<br>Long Island City, NY 11101 | Graphic Technology, Inc.<br>44-02 11 Street, 1st Floor<br>Long Island City, NY 11101<br>718-706-7600<br>Fax: 718-784-0165 | Trade Debt | | 49,471.95 |
| Dolland Transportation LLC<br>344 E 91 Street, Suite 2F<br>Brooklyn, NY 11212 | Kevon Dolland<br>Dolland Transportation LLC<br>344 E 91 Street, Suite 2F<br>Brooklyn, NY 11212<br>718-909-1451 | Trade Debt | | 48,699.83 |
| Risa Heller Communications<br>99 Hudson Street, 3rd Floor<br>New York, NY 10013 | Risa Heller Communications<br>99 Hudson Street, 3rd Floor<br>New York, NY 10013<br>646-545-6242 | Trade Debt | | 44,000.00 |
| Amigos Del Museo<br>Del Barrio, Inc.<br>1230 Fifth Avenue<br>New York, NY 10029 | Amigos Del Museo<br>Del Barrio, Inc.<br>1230 Fifth Avenue<br>New York, NY 10029<br>212-831-7272<br>Fax: 212-831-7927 | Trade Debt | | 43,312.50 |
| Local 802, Welfare<br>Attn: Concert Department<br>322 West 48th Street<br>New York, NY 10036 | Local 802, Welfare<br>Attn: Concert Department<br>322 West 48th Street<br>New York, NY 10036<br>212-245-4802<br>Fax: 212-245-2304 | Union Obligations | | 38,637.21 |
| 75 Broad, LLC<br>75 Broad Street<br>22nd Floor<br>New York, NY 10004 | 75 Broad, LLC<br>75 Broad Street<br>22nd Floor<br>New York, NY 10004<br>Fax: 514-843-7074 | Landlord | | 38,057.78 |
| Fader, Laurance<br>711 Amsterdam Avenue<br>#27N<br>New York, NY 10025 | Fader, Laurance<br>711 Amsterdam Avenue<br>#27N<br>New York, NY 10025 | Roster Employee | | 33,128.08 |
| American Express Company<br>World Financial Center<br>PO Box 2855<br>New York, NY 10116-2855 | American Express Company<br>World Financial Center<br>200 Vesey Street<br>New York, NY 10285<br>212-640-0624 | Trade Debt | | 28,834.32 |

B4 (Official Form 4) (12/07) - Cont.

In re **New York City Opera, Inc.**                                Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **ELK 220 East 23rd LLC**<br>**489 Fifth Avenue**<br>**7th Floor**<br>**New York, NY 10017** | **ELK 220 East 23rd LLC**<br>**489 Fifth Avenue**<br>**7th Floor**<br>**New York, NY 10017**<br>**503-590-7529** | **Landlord** | | **26,541.82** |
| **Wilson's Showtime Services**<br>**PO Box 765**<br>**Time Square Station**<br>**New York, NY 10036** | **Kenichi Wilson**<br>**Wilson's Showtime Services**<br>**PO Box 765**<br>**Time Square Station**<br>**New York, NY 10036**<br>**212-956-1299** | **Trade Debt** | | **25,246.00** |
| **Spotco**<br>**114 West 41st Street**<br>**18th Floor**<br>**New York, NY 10036** | **Spotco**<br>**114 West 41st Street**<br>**18th Floor**<br>**New York, NY 10036**<br>**212-262-3355** | **Trade Debt** | | **23,485.00** |
| **United Healthcare**<br>**100 Mulberry Street**<br>**PO Box 1697**<br>**Newark, NJ 07101-1697** | **R. Bunting and D. Popper**<br>**United Healthcare**<br>**100 Mulberry Street**<br>**PO Box 1697**<br>**Newark, NJ 07101-1697**<br>**973-643-6976** | **Employee Benefits** | | **21,056.38** |
| **Proskauer**<br>**Eleven Times Square**<br>**New York, NY 10036** | **Proskauer**<br>**Eleven Times Square**<br>**New York, NY 10036**<br>**212-969-3000** | **Legal Fees** | | **20,336.42** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the General Manager and Artistic Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 3, 2013**                    Signature  */s/ George Steel*
                                                        **George Steel**
                                                        **General Manager and Artistic Director**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re **New York City Opera, Inc.**, Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the General Manager and Artistic Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 3, 2013**

Signature **/s/ George Steel**
**George Steel**
**General Manager and Artistic Director**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of New York

In re  **New York City Opera, Inc.**                                                                Case No.
                                                        Debtor(s)                             Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **New York City Opera, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

| | |
|---|---|
| **October  3, 2013** | **/s/ Kenneth A. Rosen** |
| Date | **Kenneth A. Rosen (KR 4963)** |
| | Signature of Attorney or Litigant |
| | Counsel for  **New York City Opera, Inc.** |
| | **Lowenstein Sandler LLP** |
| | **1251 Avenue of the Americas** |
| | **17th Floor** |
| | **New York, NY 10020** |
| | **(212) 262-6700 Fax:(212) 262-7402** |

# RESOLUTION OF
# THE BOARD OF DIRECTORS
# OF NEW YORK CITY OPERA, INC.

### Dated:  October 2, 2013

**WHEREAS**, the Board of Directors (the "**Board**") of **New York City Opera, Inc.**, a New York not-for-profit corporation ("**NYC Opera**") has reviewed the materials presented by the management and the advisors of NYC Opera regarding the liabilities and liquidity situation of NYC Opera, the strategic alternatives available to it, and the impact of the foregoing on NYC Opera and its business;

**WHEREAS**, the Board has had the opportunity to consult with the management and the advisors of NYC Opera and fully consider each of the strategic alternatives available to NYC Opera;

**WHEREAS**, the Board has approved and consented to the actions set forth below;

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of NYC Opera, its respective creditors, and other interested parties that a petition be filed by NYC Opera seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"); and it is further

**RESOLVED**, that any of George Steel, Andrea Scala Nellis or such other Board members authorized by the Board from time to time, including but not limited to, such committees authorized by the Board or Chairman of the Board, each an "**Authorized Person**" and all being the "**Authorized Persons**," are hereby authorized, empowered and directed, in the name and on behalf of NYC Opera, to execute and verify petitions under Chapter 11 of the Bankruptcy Code (the "**Chapter 11 Case**") and to cause the same to filed in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") at such time or in such other jurisdiction as such Authorized Person executing the same shall determine; and it is further

**RESOLVED**, that the law firm of Lowenstein Sandler LLP is hereby engaged as counsel to NYC Opera on a pro bono basis in the Chapter 11 Case, subject to requisite Bankruptcy Court approval; and it is further

**RESOLVED**, that the law firm of Ewenstein Young & Roth LLP is hereby engaged as special counsel to NYC Opera under a general retainer in the Chapter 11 Case, subject to requisite Bankruptcy Court approval; and it is further

**RESOLVED**, that each Authorized Person and any employees or agents (including counsel) designated by or directed by and any such Authorized Person be, and each hereby is, authorized, empowered and directed, in the name and on behalf of NYC Opera, to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers, and to take

-2-

and perform any and all further acts and deeds which he or she deems necessary, proper or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case; and it is further

**RESOLVED**, that each of the Authorized Persons is authorized, directed and empowered, in the name of, and on behalf of, NYC Opera, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to authorize payments on behalf of NYC Opera for all expenses, including filing fees, in each case as in such Authorized Person's judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein; and be it further

**RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing Resolutions done in the name of and on behalf of NYC Opera, which acts would have been approved by the foregoing Resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.