Hearing Date: October 29, 2013 at 2:00 p.m. (Eastern Time)

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen
Nicole Stefanelli
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

-and-

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| New York City Opera, Inc. | Case No. 13-13240 (SHL) |
| Debtor. | |

### NOTICE OF ADJOURNMENT OF HEARINGS

**PLEASE TAKE NOTICE** that the hearings (the "**Hearings**") on the following Motions have been adjourned from October 24, 2013 at 3:00 p.m. (ET) to **October 29, 2013 at 2:00 p.m. (ET)** before the Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Customs House, One Bowling Green, Room 701, New York, New York 10004:

    (a)    Motion for Entry of an Order (A) Authorizing, But Not Directing, the Debtor to Pay Prepetition Severance and Other Employee Compensation and (B) Granting Related Relief [Docket No. 3] (the "**Employee Obligations Motion**");

22341/2
10/22/2013 **27182677**.1

(b) Motion for Entry of an Order Authorizing the Debtor to Refund Pre-Paid Tickets [Docket No. 5] (the "**Refund Motion**").

Dated: October 22, 2013

Respectfully submitted,

**LOWENSTEIN SANDLER PC**

/s/ *Kenneth A. Rosen*
Kenneth A. Rosen
Nicole Stefanelli
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
krosen@lowenstein.com
nstefanelli@lowenstein.com

*Proposed Counsel to the Debtor and Debtor in Possession*