**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

In re:                                              Chapter 11

**NEW YORK CITY OPERA, INC.**                       Case No. 13-13240 (SHL)

                              **Debtor.**

-----------------------------------------------------------x

### APPOINTMENT OF
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS

      Tracy Hope Davis, the United States Trustee for Region 2, hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors, pursuant to 11 U.S.C. § 1102(a) and § 1102(b):

1.      New York City Ballet, Inc.
      20 Lincoln Center
      New York, NY  10023
      Attn:  Katherine E. Brown, Executive Director
      Telephone:  (212) 870-4095
      Fax:  (212) 870-4241

2.      American Federation of Musicians and Employers' Pension Fund
      14 Penn Plaza – 12th Floor
      P.O. Box 2673
      New York, New York 10117-0262
      Attn:  Maureen Kilkelly, Executive Director
      Telephone:  (212) 284-1242
      Fax:  (212) 284-1265

3.      American Guild of Musical Artists
      1430 Broadway, 14th Floor
      New York, New York 10018
      Attn: Alan Gordon, National Executive Director
      Telephone:  (212) 265-3687
      Fax:  (646) 519-8489

Dated:  New York, New York
      October 23, 2013         Respectfully submitted,

         TRACY HOPE DAVIS
         UNITED STATES TRUSTEE

      By:    /s/ Susan D. Golden
         Susan Golden
         Trial Attorney
         201 Varick Street – Suite 1006
         New York, New York 10014
         Telephone:  (212) 510-0500