WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Marcia L. Goldstein

*Attorneys for City Center of Music and Drama, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------- x
                                                    :
In re:                                              :    Chapter 11
                                                    :
NEW YORK CITY OPERA, INC.                           :    Case No. 13-13240 (SHL)
                                                    :
                          Debtor.                   :
                                                    :
-------------------------------------------------------------- x
```

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF PAPERS ON WEIL, GOTSHAL & MANGES LLP

PLEASE TAKE NOTICE that Weil, Gotshal & Manges LLP ("Weil") hereby

appears in the above-captioned case on behalf of the City Center of Music and Drama, Inc.

Pursuant to section 1109(b) of title 11 of the United States Code and Rules 2002, 9007 and

9010(b) of the Federal Rules of Bankruptcy Procedure, Weil hereby requests that all notices

given or required to be given in the above-captioned case and all papers served in the above-

captioned case be given to and served upon the following attorneys:

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Attention:      Marcia L. Goldstein
                Blaire A. Cahn
Telephone:      (212) 310-8000
Facsimile:      (212) 310-8007
E-mail:         marcia.goldstein@weil.com
                blaire.cahn@weil.com

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys consent to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the rules specified above but includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the debtor or the debtor's property.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys further request that they be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in this chapter 11 case.

Dated:  November 7, 2013
        New York, New York

/s/ Marcia L. Goldstein_____
Marcia L. Goldstein
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for City Center of Music and Drama, Inc.*