| | |
|---|---|
| KLESTADT & WINTERS, LLP<br>Sean C. Southard<br>Fred Stevens<br>Maeghan J. McLoughlin<br>570 Seventh Avenue, 17th Floor<br>New York, New York 10018<br>(212) 972-3000 | **Presentment Date: December 2, 2013,**<br>   **at 12:00 p.m.**<br><br>**Objection Deadline: November 25, 2013,**<br>   **at 4:00 p.m.** |

*Proposed Counsel to the Official Committee of*
   *Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                                  :
                                                                            :        Chapter 11
NEW YORK CITY OPERA, INC.,                       :
                                                                            :        Case No. 13-13240 (SHL)
                                          Debtor.              :
------------------------------------------------------------x

### NOTICE OF PRESENTMENT OF ORDER AND OPPORTUNITY FOR A HEARING WITH RESPECT TO THE APPLICATION TO EMPLOY KLESTADT & WINTERS, LLP AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**PLEASE TAKE NOTICE** that upon the *Application of Klestadt & Winters, LLP as Attorneys for the Official Committee of Unsecured Creditors* (the "Application"), the undersigned counsel will present the proposed order annexed to the Application to the Honorable Sean H. Lane, United States Bankruptcy Judge, for signature on **December 2, 2013, at 12:00 p.m. (EST)**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Application and entry of the proposed order, or any portion thereof (an "Objection") shall be made in writing, filed with the Court by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, on a 3.5 inch floppy disk or compact disc, preferably in Portable Document Format (PDF), Microsoft Word, or any other Windows-based word processing format (with a hard copy delivered directly to the Chambers of the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004), and served upon Klestadt & Winters, LLP, 570 Seventh Avenue, 17th Floor, New York, New York 10018, Attn: Fred Stevens, Email: fstevens@klestadt.com, so as to be actually received **no later than 4:00 p.m. on November 25, 2013** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that unless a written Objection to the proposed order is timely filed prior to the Objection Deadline, together with proof of service, and delivered as set forth in the foregoing paragraph, there will not be a hearing and the order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written Objection is timely filed by the Objection Deadline, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated:   New York, New York
         November 14, 2013

                                          KLESTADT & WINTERS, LLP

                                    By:   */s/ Maeghan J. McLoughlin*
                                          Sean C. Southard
                                          Fred Stevens
                                          Maeghan J. McLoughlin
                                          570 Seventh Avenue, 17th Floor
                                          New York, NY 10018
                                          Tel: (212) 972-3000
                                          Fax: (212) 972-2245
                                          Email: ssouthard@klestadt.com

                                          *Proposed Counsel to the Official Committee of
                                             Unsecured Creditors*

2