UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>New York City Opera, Inc.<br><br>                Debtor. | Chapter 11<br><br>Case No. 13-13240 (SHL) |

**ORDER SHORTENING TIME FOR NOTICE OF HEARING TO
CONSIDER ENTRY OF BIDDING PROCEDURES ORDER**

Upon consideration of the motion (the "**Motion to Shorten**")[1] of the above-captioned debtor in possession (the "**Debtor**"), seeking entry of an order providing that the applicable notice period for a hearing to consider entry of the Bidding Procedures Order be shortened pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"); and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b) and 1334 and the *Standing Order of Reference* dated February 1, 2012 (Preska, C.J.); and the Court having determined that granting the relief requested in the Motion is in the best interests of the Debtor, its estate and creditors; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion is sufficient under the circumstances; and any objections to the requested relief having been withdrawn or overruled; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Shorten is granted as set forth herein.

2. The Bidding Procedures Hearing will be held before this Court on **December 22, 2014 at 10:00 a.m. (ET).**

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

22341/2
12/11/2014 34061714.1

-2-

      3. Any party wishing to object to the relief requested in the Bidding Procedures Order must file and serve such objection on or before **December 18, 2014 at 3:00 p.m. (ET)**. *Any reply to an objection shall be filed by December 22, 2014 at 9:00 a.m.*

      4. The Debtor shall serve this Order, along with the Motion to Shorten and the Sale Motion via fax, electronic mail or overnight mail within one (1) business day of entry upon: (i) the Office of the United States Trustee for Region 2, Attn: Susan D. Golden, Esq.; (ii) the New York State Attorney General, Attn: Rose Firestein, Esq.; (iii) counsel to the Committee; (iv) counsel to Buyer; (v) any entities known or reasonably believed to have expressed an interest in acquiring the Acquired Assets; and (vi) those parties who have filed a notice of appearance and request for service of pleadings in this Chapter 11 Case pursuant to Bankruptcy Rule 2002.

      5. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

      6. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

Dated: December 11, 2014

                                       ***/s/ Sean H. Lane***
                                       HONORABLE SEAN H. LANE
                                       UNITED STATES BANKRUPTCY JUDGE