UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| New York City Opera, Inc. | Case No. 13-13240 (SHL) |
| Debtor. | |

**STIPULATED ORDER EXTENDING TIME FOR GEORGE STEEL TO (A) FILE PROOF OF CLAIM UNTIL JANUARY 28, 2015, AND (B) TO FILE CLAIM FOR REJECTION OF EXECUTORY CONTRACT UNTIL JANUARY 28, 2015**

**WHEREAS,** on October 3, 2013 (the "**Petition Date**"), New York City Opera, Inc., the above-captioned debtor and debtor in possession ("**NYC Opera**" or the "**Debtor**") filed a voluntary petition for relief (the "**Chapter 11 Case**") under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**");

**WHEREAS**, on February 5, 2014, this Court entered the *Order Establishing Bar Dates for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof* [Docket No. 119] (the "**Bar Date Order**");

**WHEREAS,** the Bar Date Order established March 17, 2014 at 5:00 p.m. (prevailing Eastern Time) as the date by which all persons and entities (excluding governmental units as defined by section 101(27) of the Bankruptcy Code) holding a claim or interest against the Debtor that arose or is deemed to have arisen prior to the Petition Date must file a proof of claim or interest;

**WHEREAS,** on March 14, 2014, the Court entered the *Stipulated Order Extending Time for George Steel to File Proof of Claim Until June 17, 2014* (the "**Bar Date Extension Order**") [Docket No. 145];

**WHEREAS**, on May 21, 2014, this Court entered the *Order Granting Debtor's First Omnibus Motion For An Order Authorizing the Rejection of Certain Executory Contracts*

22341/2
12/15/2014 **33842691**.1

*Nunc Pro Tunc to the Petition Date* [Docket No. 163] (the "**First Executory Contract Rejection Order**");

**WHEREAS,** the First Executory Contract Rejection Order established June 20, 2014, at 5:00 p.m. (prevailing Eastern Time) as the date by which counterparties to the contracts rejected pursuant to the order must file rejection damages claims pursuant to section 502 of the Bankruptcy Code in connection with the rejection or termination of the contracts;

**WHEREAS,** George Steel, the former Chief Executive Officer, General Manager and Artistic Director of the New York City Opera ("**Steel**"), seeks to assert claims against the Debtor arising from his employment by the Debtor prior to the Petition Date

**WHEREAS,** one of the contracts rejected pursuant to the First Executory Contract Rejection Order was the General Manager and Artistic Director Contract between Steel the NYC Opera (the "**Contract**");

**WHEREAS**, Steel may wish to assert a rejection damages claim against the Debtor arising from rejection of the Contract (a "**Rejection Damages Claim**");

**WHEREAS,** the Debtor has agreed to three prior extensions of time within which Steel must file a Proof of Claim and/or a Rejection Damages Claim, the most recent of which will expire on November 28, 2014, at 5:00 p.m. (prevailing Eastern Time);

**WHEREAS,** the Debtor has agreed to further extend the time within which Steel must file a Proof of Claim and/or a Rejection Damages Claim until January 28, 2015 at 5:00 p.m. (prevailing Eastern Time);

**WHEREAS,** the Debtor and Steel, through their respective counsel, hereby stipulate to and submit the following Stipulated Order for the Court's approval.

**NOW THEREFORE, IT IS HEREBY ORDERED** as follows:

1. The time within which Steel must file a Claim be and it hereby is extended until January 28, 2015, at 5:00 p.m. (prevailing Eastern Time);

2. The time within which Steel must file a Rejection Damages Claim in this case be and it hereby is extended until January 28, 2015 at 5:00 p.m. (prevailing Eastern Time).

3. This Stipulated Order is without prejudice to further mutually agreed extensions.

4. The terms and conditions of this Stipulated Order shall be immediately effective and enforceable upon its entry.

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Stipulated Order.

**STIPULATED AND AGREED:**

Dated: November 26, 2014

| **LOWENSTEIN SANDLER LLP** | **WEINSTEIN, PINSON & RILEY, P.S.** |
|---|---|
| /s/ *Nicole Stefanelli* | /s/ *Susan Power Johnston* |
| Kenneth A. Rosen | Susan Power Johnston |
| Nicole Stefanelli | 1023 Old White Plains Road |
| 1251 Avenue of the Americas | Mamaroneck, NY 10543 |
| New York, NY 10020 | (914) 834-0143 |
| Telephone: (212) 262-6700 | susanj@w-legal.com |
| Facsimile: (212) 262-7402 | |
| krosen@lowenstein.com | *Counsel to George Steel* |
| nstefanelli@lowenstein.com | |

*Counsel to Debtor and Debtor in Possession*

**SO ORDERED:**

Dated:  December 15, 2014
         New York, New York          */s/ Sean H. Lane*
                                     HONORABLE SEAN H. LANE
                                     UNITED STATES BANKRUPTCY JUDGE