**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen
Nicole Stefanelli
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

-and-

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>New York City Opera, Inc.<br><br>               Debtor. | Chapter 11<br><br>Case No. 13-13240 (SHL) |

**NOTICE OF AGENDA OF MATTER SCHEDULED**
**FOR HEARING ON DECEMBER 22, 2014 AT 10:00 A.M.**

Date and Time of Hearing:    December 22, 2014 at 10:00 a.m. (Prevailing Eastern Time)

Location of Hearing:    United States Bankruptcy Court of the
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Room 701
New York, New York 10004-1408

Copies of Pleadings: A copy of each pleading can be viewed on the Court's website at www.ecf.nysb.uscourts.gov.

22341/2
12/19/2014 **30816719**.1

**I.     CONTESTED MATTER**

1. Debtor's Motion for Orders (I) Approving (A) Bidding Procedures, (B) Certain Bid Protections, (C) Form and Manner of Sale Notice, and (D) Sale Hearing Date, (II) Authorizing the Debtor to Enter into the Assigned Contract, and (III) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, and Encumbrances [Docket No. 213]

    **Response Deadline**:  December 18, 2014 at 3:00 p.m.

    **Responses Received:**

    a. Memorandum of Law of the Attorney General of the State of New York in Response to the Debtor's Motion for Orders (I) Approving (A) Bidding Procedures, (B) Certain Bid Protections, (C) Form and Manner of Sale Notice, and (D) Sale Hearing Date, (II) Authorizing the Debtor to Enter into the Assigned Contract, and (III) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, and Encumbrances [Docket No. 218]

    b. Objection of Gene Kaufman to Debtor's Motion for Orders (I) Approving (A) Bidding Procedures, (B) Certain Bid Protections, (C) Form and Manner of Sale Notice, and (D) Sale Hearing Date, (II) Authorizing the Debtor to Enter into the Assigned Contract, and (III) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, and Encumbrances [Docket No. 219]

    **Related Documents:**

    c. Debtor's Motion for Order Shortening Time for Notice of Hearing to Consider Entry of Bidding Procedures Order [Docket No. 214]

    d. Order Shortening Time for Notice of Hearing to Consider Entry of Bidding Procedures Order [Docket No. 215]

    e. Certificate of Service regarding Docket No. 213 [Docket No. 216].

**STATUS:    This matter is going forward.**

Dated:   December 19, 2014

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/  *Nicole Stefanelli*
Kenneth A. Rosen
Nicole Stefanelli
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
krosen@lowenstein.com
nstefanelli@lowenstein.com

*Counsel to the Debtor and Debtor in Possession*