**MONTGOMERY MCCRACKEN
 WALKER & RHOADS LLP**
Joseph O'Neil, Jr.
437 Madison Avenue, Floor 29
New York, NY 10022
(212) 201-1931 (Telephone)
(212) 201-1939 (Facsimile)
joneil@mmwr.com

*Counsel to the Executors of the Estate of Pierre DeMenasce*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **New York City Opera, Inc.** | : | Case No. 13-13240 (SHL) |
| | : | |
| Debtor. | : | |
| | : | |

**NOTICE OF ADJOURNMENT OF HEARING ON
MOTION OF THE EXECUTORS OF THE
ESTATE OF PIERRE DeMENASCE FOR RELIEF FROM THE
AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)**

**PLEASE TAKE NOTICE** that the hearing on the Motion of the Executors of the Estate of Pierre DeMenasce for Relief From Stay Pursuant to 11 U.S.C. § 362(d) (the "Motion") scheduled for April 30, 2015 at 10:00 a.m. before the Honorable Sean H. Lane, United States Bankruptcy Judge, in the Bankruptcy Court for the Southern District of New York at Alexander Hamilton Custom House, One Bowling Green, Rom 701, New York, NY 10004 has been continued until **May 27, 2015 at 10:00.**

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion, must: (i) be in writing; (ii) state the name and address of the responding party and the amount and nature of the claim or interest of such party; (iii) state with particularity the legal and factual basis of

3885551v1

any response; (iv) conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of the Bankruptcy Court for the Southern District of New York; and (v) be filed with the Bankruptcy Court, together with proof of service, electronically, in accordance with General Order M-399 (General Order M-399 and the User's Manual for the Electronic Case Filing System which may be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) by registered users of the Bankruptcy Court's case filing system, and by all other parties in interest on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format, (with a hard copy delivered to Chambers) and served in accordance with General Order M-399, so as to be actually received not later than **4:00 p.m. (Eastern Time) on May 20, 2015 (the "Objection Deadline")** and, such service shall be completed and actually received by the following parties on or prior to the Objection Deadline (i) the United States Trustee for the Southern District of New York, Attn: Susan D. Golden, 33 Whitehall Street, 21st Floor, New York, New York 10004; (ii) counsel to the Debtor, Kenneth Rosen and Nicole Stefanelli, Lowenstein Sandler LLP, 65 Livingston Avenue, Roseland, NJ 07068; (iii) counsel to the Official Committee of Unsecured Creditors, Klestadt & Winters, LLP, Attn: Fred Stevens, Esq. and Sean Southard, Esq., 570 Seventh Avenue, 17th Floor, New York, NY 10018; (iv) undersigned counsel to the Executors of the Estate of Pierre DeMenasce, Montgomery McCracken Walker & Rhoads, LLP, Attn.: Joseph O'Neil, Jr., 437 Madison Avenue, Floor 29 New York, NY 10022.

**PLEASE TAKE FURTHER NOTICE** that if no objections to the Motion are timely filed, served and received in accordance with this Notice, the Bankruptcy Court may grant the relief requested in the Motion without further notice or hearing.

3885551v1

**PLEASE TAKE FURTHER NOTICE** that all objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated:  April 23, 2015
        New York, New York

                  **MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP**

              By: */s/ Joseph O'Neil, Jr.*
                  Joseph O'Neil, Jr., Esq
                  437 Madison Avenue
                  New York, NY 10022
                  (212)-201-1931 (Telephone)
                  (212) 201-1939 (Facsimile)

                  *Counsel for the Executors of the Estate of Pierre DeMenasce*

3885551v1