## **EXHIBIT B**

Chapter 11 Plan of Reorganization of New Vision for NY Opera, Inc. for New York City Opera, Inc. and Summary Thereof

[TO BE PROVIDED]