**Lowenstein Sandler LLP**

Nicole Stefanelli
Counsel

65 Livingston Avenue
Roseland, NJ 07068
T  973.597.2320
F  973.597.2321
nstefanelli@lowenstein.com

October 29, 2015

**VIA CM/ECF**

Honorable Sean H. Lane, U.S.B.J.
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 701
New York, NY 10004-1408

Re:   In re: New York City Opera, Inc.
      Case No. 13-13240 (SHL)

Dear Judge Lane:

We represent New York City Opera, Inc., the above-referenced debtor and debtor in possession (the "**Debtor**").  Reference is made to the Second Amended Consent Order Regarding Sale Motion, which was entered by the Court on September 25, 2015 at Docket No. 289, as amended on September 28, 2015 which amendment was "So Ordered" by the Court at Docket No. 292 (the "**Consent Order**").

The Debtor, the Committee, New Vision, NYCO Renaissance and the AG continue to confer regarding a proposed procedure and schedule for the approval of the joint Disclosure Statement, solicitation and confirmation of the competing Plans proposed by NYCO Renaissance and New Vision.  Accordingly, the parties request that the deadline under the Consent Order for the Debtor to submit to the Court the parties' joint proposed scheduling order be extended from October 30, 2015 at 5:00 p.m. (Eastern time) until **November 4, 2015 at 5:00 p.m. (Eastern time)**.

We thank the Court for its courtesies.  Should Your Honor have any questions, please contact the undersigned

Respectfully submitted,

*/s/ Nicole Stefanelli*

Nicole Stefanelli