Mark G. Ledwin, Esq.
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
Attorneys for The Hartford
1133 Westchester Avenue
White Plains, NY 10604
Tel: 914-872-7148
Fax: 914-323-7001
Email: mark.ledwin@wilsonelser.com

Hearing Date: 12/01/2015 at 11:00 a.m.
Objections Due: 11/24/2015

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 13-13240-SHL |
| NEW YORK CITY OPERA, INC., | Chapter 11 |
| Debtor. | |

## NOTICE OF HEARING ON MOTION BY THE HARTFORD FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT A SETOFF

**PLEASE TAKE NOTICE** that a hearing (the "**Hearing**") on the Motion by The Hartford

for relief from the automatic stay to permit a set off and/or for recoupment (the "**Motion**") will be

held before the Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States

Bankruptcy Court for the Southern District of New York ("**Bankruptcy Court**"), Alexander

Hamilton Custom House, One Bowling Green, Room 701, New York, New York 10004, on

**December 1, 2015 at 11:00 a.m. (Eastern Time)** (the "**Hearing**").

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the relief

requested in the Motion must be electronically filed with the Bankruptcy Court and served on the

undersigned counsel for The Hartford , together with proof of service, in accordance with General

Order M-399 (with a hard copy delivered to Chambers) so as to be *actually received* not later than

**4:00 p.m. (Eastern Time) on November 24, 2015** (the "**Objection Deadline**").

5739902v.1

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and served with respect to the Motion, the proposed order annexed to the Motion may be entered by the Bankruptcy Court with no further notice or opportunity to be heard.

Dated:  White Plains, NY
        November 2, 2015

                                          Respectfully,

                                          WILSON, ELSER, MOSKOWITZ,
                                           EDELMAN & DICKER LLP

                                          */s/ Mark G. Ledwin*
                                          By:  Mark G. Ledwin, Esq.
                                          1133 Westchester Avenue
                                          White Plains, NY 10604
                                          Tel:  914-872-7148
                                          Fax:  914-323-7001
                                          Email:  mark.ledwin@wilsonelser.com

                                          Attorneys for The Hartford

5739902v.1

## CERTIFICATE OF SERVICE

Mark G. Ledwin, an attorney duly admitted to practice before this Court, hereby certifies that on the 2nd day of November, 2015, I caused a true and correct copy of the foregoing Notice of Hearing, Motion and Exhibits to be served by first class U.S. mail, postage prepaid, upon each of the persons listed below, and via the Court's CM/ECF system upon all other parties in interest.

Kenneth A. Rosen
Nicole Stefanelli
LOWENSTEIN SANDLER LLP
Counsel for Debtor
1251 Avenue of the Americas
New York, NY  10020

Maeghan J. McLoughlin
Sean C. Southard
KLESTADT & WINTERS LLP
Counsel for the Unsecured Creditors' Committee
200 West 41st Street, 17th Floor
New York, NY  10036

Susan D. Golden
OFFICE OF THE U.S. TRUSTEE
33 Whitehall Street
New York, NY  10004

Dated: White Plains, NY
       November 2, 2015

/s/ Mark G. Ledwin
Mark G. Ledwin, Esq.

Mark G. Ledwin, Esq.
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
Attorneys for The Hartford
1133 Westchester Avenue
White Plains, NY 10604
Tel: 914-872-7148
Fax: 914-323-7001
Email: mark.ledwin@wilsonelser.com

Hearing Date: 12/01/2015 at 11:00 a.m.
Objections Due: 11/24/2015

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Case No. 13-13240-SHL |
| NEW YORK CITY OPERA, INC., | Chapter 11 |
| Debtor. | |

## MOTION BY THE HARTFORD FOR RELIEF FROM
## THE AUTOMATIC STAY TO PERMIT A SETOFF

Hartford Underwriters Insurance Company ("The Hartford"), hereby submits this motion

for relief from the automatic stay (the "Motion")[1] so as to permit the setoff and/or recoupment of

certain premiums and credits arising out of several insurance policies issued by The Hartford (or

one or more of its affiliated underwriting companies) to debtor New York City Opera, Inc.  In

support of this Motion, The Hartford respectfully states as follows:

## BACKGROUND

1.    On October 3, 2013 (the "Petition Date"), debtor New York City Opera, Inc.

("Debtor") filed with this Court a voluntary petition for relief under Chapter 11 of the

Bankruptcy Code.

---

[1] A draft copy of this Motion was emailed to counsel for the Debtor and the Unsecured Creditors'
Committee on October 15, 2015, by the undersigned counsel for Hartford with a request that the relief requested
herein be consented to or resolved.  No response was received to that inquiry.

2.    The Hartford issued three insurance policies to the Debtor providing insurance coverage for, *inter alia*, workers compensation and employer's liability, commercial liability and commercial property damage, to wit:

(a)    Workers Compensation and Employers Liability Policy No. 30 WE CK5773 with a coverage period of 10/1/2012 to 10/01/2013;

(b)    Multi-Flex Policy No. 30 UUM AM0127 with a coverage period of 07/01/2013 to 07/01/2014; and

(c)    Spectrum Policy No. 30 SBM BT4828 with a coverage period of 06/30/2014 to 06/30/2015.

Each of the foregoing insurance policies are collectively referred to herein as the "Policies." True and correct copies of the Declarations Pages for the Policies are annexed hereto as <u>Exhibit A</u>.

3.    Under each of the Policies, the Debtor was required to make periodic monthly payments to The Hartford for the premiums owed under the Policies.  Debtor failed to pay all of the premiums owed under some of the Policies leaving a balance due of $31,908.05. Nevertheless, as a result of certain premium adjustments made to the Policies, the Debtor became entitled to a credit of $13,265.42.  Absent the bankruptcy filing, The Hartford would have netted these debits and credits against each other leaving a balance owed by the Debtor of $18,642.63.

4.    A true and correct copy of a billing statement for Debtor showing the exact amounts of the debits and credits owed or due under each Policy is annexed hereto as <u>Exhibit B</u>.

### JURISDICTION

5.    This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, and Bankruptcy Rules 6006 and 9014.  This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (G).

6.    Venue in this Court is proper pursuant to 28 U.S.C. § 1409.

-2-

7.      The statutory predicates for the relief sought in this Motion are found in Sections

105(a), 362(a)(7), 362(d)(1) and 553(a) of the United States Bankruptcy Code, 11 U.S.C. §§ 101,

*et seq.*

## ARGUMENT

### A.  "Cause" Exists To Modify The Automatic Stay To Permit The Hartford To Exercise Its Setoff Rights

8.      "Cause" exists to modify the automatic stay under section 362(d)(1) to permit The

Hartford to offset the premiums owed to it by the Debtor under the Policies against the credits

that are owed to the Debtor under those same Policies.  Section 362(a)(7) of the Bankruptcy

Code provides that the filing of a voluntary petition operates as an automatic stay, applicable to

all parties, against "the setoff of any debt owing to the debtor that arose before the

commencement of the case under this title against any claim against the debtor."  11 U.S.C. §

362(a)(7).  However, Section 362(a)(7) "does not affect the right of" a creditor to setoff, but

rather "simply stays its enforcement pending an orderly examination of the debtors' and

creditors' rights."  H.R. Rep. No. 95-595, at 342 (1977); S. Rep. No. 95-989, at 51 (1978).  Thus,

a party may still exercise its right of setoff in a bankruptcy proceeding, but must first obtain

relief from the automatic stay or obtain an order allowing setoff prior to exercising any such

right.  *In re Wicks*, 176 B.R. 695, 698 (Bankr. E.D.N.Y. 1995).

9.      Section 362(d)(l) of the Bankruptcy Code provides that a court shall grant relief

from the automatic stay "for cause."  11 U.S.C. § 362(d)(1).  Although the Bankruptcy Code

does not define "cause," courts have recognized that "cause" under section 362(d)(l) must be

determined on a case-by-case basis.  *See In re Tucson Estates*, 912 F.2d 1162, 1166 (9th

Cir.1990).  Courts have stated that where a creditor has established a right to setoff, the creditor

has also made a *prima facie* showing of "cause" for relief from the automatic stay.  *In re Nuclear*

-3-

*Imaging Sys., Inc.*, 260 B.R. 724, 730 (Bankr. E.D. Pa. 2000); *In re Ealy*, 392 B.R. 408, 414

(Bankr. E.D. Ark. 2008); *In re Cullen*, 329 B.R. 52, 56-57 (Bankr. N.D. Iowa 2005).

10.    Here, The Hartford has a valid right to offset the premiums owed under the

Policies against any credits that rise under those same Policies. *See* Exhibit B annexed hereto.

Since The Hartford has a valid right to setoff the premiums owed, The Hartford has made a

*prima facie* showing of "cause" for relief from the automatic stay. *See In re Nuclear*, 260 B.R. at

730.

11.    Once a creditor establishes its right of setoff, the burden then shifts to the debtor

to rebut the *prima facie* showing of cause to lift the stay. *Id.* Compelling circumstances must be

shown before a court may disregard sanctioned setoff rights. *In re Bennett Funding Grp., Inc.*,

146 F.3d 136, 139-41 (2d Cir. 1998). No such compelling circumstances exist here. To the

contrary, the circumstances dictate that The Hartford should be permitted to effectuate self-help

and setoff. Thus, The Hartford submits that "cause" exists to modify the automatic stay under

section 362(d)(1) to permit the exercise of such self-help and setoff rights.

## B. The Hartford Is Also Entitled To Exercise Its Rights Under The Doctrine Of Recoupment For Which No Stay Relief Is Required

12.    Recoupment is a common law doctrine which arose as an equitable rule of joinder

to avoid the necessity of bringing separate actions for two claims. It permits a defendant to

defend against the plaintiff by asserting a countervailing claim that arose out of the "same

transaction." *In re Denby Stores, Inc.*, 86 BR 768, 781 (Bankr. S.D.N.Y. 1988).

13.    The doctrine of recoupment is thus commonly defined as "the setting up of a

demand arising from the same transaction as the plaintiff's claim or cause of action, strictly for

the purpose of abatement or reduction of such claim." 4 *Collier on Bankruptcy* § 553.03, at 553-

15-17. Recoupment "does not require a mutuality of obligation, but rather countervailing

-4-

claims or demands arising out of the same transaction under which the initial claim was asserted." *See Long term Disability Plan of Hoffman-LaRoche, Inc. v. Hiller (In re Hiller)*, 99 B.R. 238, 241 (Bankr. D.N.J. 1989). The distinction between setoff and recoupment is whether the claim arises out of the same or different transactions. *Id.* So long as the creditor's claim arises out of the same transaction as the debtor's claim, that claim may be recouped against the debt owed to the debtor without concern for the limitations the Bankruptcy Code places on the setoff doctrine. *See In re Davidovich*, 901 F.2d 1533, 1537 (10th Cir. 1990). Moreover, the equitable doctrine of recoupment is not limited to pre-petition claims; therefore, recoupment "may be employed to recover across the petition date." *Sims v. U.S. Dep't of Health and Human Serv. (In re TLC Hosp., Inc.)*, 224 F.3d 1008, 1011 (9th Cir. 2000).

14.    Significantly, because funds subject to recoupment are not the debtor's property, the automatic stay imposed upon the filing of a bankruptcy petition does not bar recoupment. *In re Malinowski*, 156 F.3d 131 (2d Cir. 1998). Instead, the trustee or debtor in bankruptcy takes the estate property subject to any recoupment rights. *In re Holford*, 896 F.2d 176, 178 (5th Cir. 1990) (citation omitted); *Aetna U.S. Healthcare, Inc. v. Madigan (In re Madigan)*, 270 B.R. 749, 754 (BAP 9th Cir. 2001).

15.    Thus, to the extent that setoff may not be permitted under Section 553(a) of the Bankruptcy Code, Hartford is nevertheless entitled to recoup the premiums owed by Debtor under the Policies from the credits due to the Debtor under those very same Policies.

-5-

**WHEREFORE**, The Hartford respectfully requests that this Court enter the proposed order submitted herewith granting this Motion and lifting the automatic stay imposed by 11 U.S.C. § 362, to the extent necessary, so as to permit The Hartford to effectuate the setoff and/or recoupment as more fully described in this Motion, together with such additional relief as this Court deems just and proper.

Dated:   White Plains, NY
         November 2, 2015

Respectfully,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

*/s/ Mark G. Ledwin*
By:  Mark G. Ledwin, Esq.
1133 Westchester Avenue
White Plains, NY 10604
Tel:  914-872-7148
Fax:  914-323-7001
Email:  mark.ledwin@wilsonelser.com

Attorneys for The Hartford

5712934v.1

## CERTIFICATE OF SERVICE

Mark G. Ledwin, an attorney duly admitted to practice before this Court, hereby certifies that on the 2nd day of November, 2015, I caused a true and correct copy of the foregoing Notice of Hearing, Motion and Exhibits to be served by first class U.S. mail, postage prepaid, upon each of the persons listed below, and via the Court's CM/ECF system upon all other parties in interest.

Kenneth A. Rosen
Nicole Stefanelli
LOWENSTEIN SANDLER LLP
Counsel for Debtor
1251 Avenue of the Americas
New York, NY  10020

Maeghan J. McLoughlin
Sean C. Southard
KLESTADT & WINTERS LLP
Counsel for the Unsecured Creditors' Committee
570 Seventh Ave., 17th Floor
New York, NY  10018

Susan D. Golden
OFFICE OF THE U.S. TRUSTEE
33 Whitehall Street
New York, NY  10004

Dated: White Plains, NY
November 2, 2015

/s/ Mark G. Ledwin
Mark G. Ledwin, Esq.

5712934v.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 13-13240-SHL |
| | ) | |
| NEW YORK CITY OPERA, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## ORDER GRANTING MOTION BY THE HARTFORD FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT A SETOFF

THIS matter having come before the Court upon the motion of Hartford Underwriters Insurance Company ("The Hartford") for relief from the automatic stay (the "Motion") pursuant to Sections 105(a), 362(a)(7), 362(d)(1) and 553(a) of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.*, so as to permit the setoff and/or recoupment of certain premiums and credits arising out of several insurance policies issued by The Hartford (or one or more of its affiliated underwriting companies) to debtor New York City Opera, Inc. as more fully described in the Motion; and the Court having conducted a hearing on the Motion on December 1, 2015 (the "Hearing") and any objections or responses filed in response thereto; and good and sufficient notice of the Motion and the Hearing having been given; and after due deliberation, the Court having concluded at the Hearing that good and sufficient cause exists to grant the relief requested by the Motion; now, therefore

IT IS HEREBY ORDERED that the Motion is GRANTED and the automatic stay is hereby vacated so as to permit The Hartford to effectuate the set offs and/or recoupments as more fully described in the Motion.

Dated: New York, New York
        December __, 2015

_____
HON. SEAN H. LANE
United States Bankruptcy Judge

**EXHIBIT A**

73    (Policy Provisions: WC 00 00 00 B)
57
CK    **INFORMATION PAGE**
WE    **WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY**

**INSURER:** SEE ATTACHED ENDORSEMENT

NCCI **Company Number:**  10448

**Company Code:** 9


THE HARTFORD

|  | | Suffix |
| | | LARS  RENEWAL |
| **POLICY NUMBER:** 30 WE  CK5773 | | 00 |
| **Previous Policy Number:** NEW | | |

HOUSING CODE: K3

1. **Named Insured and Mailing Address:** NEW YORK CITY OPERA, INC.
   (No., Street, Town, State, Zip Code)

   **FEIN Number:** 132974347          75 BROAD ST, STE 1010
                                       NEW YORK, NY 10004
   **State Identification Number(s):**

   The Named Insured is: NON PROFIT
   **Business of Named Insured:** THEATRICAL COMPANIES - TRAVELI
   **Other workplaces not shown above:** SEE ATTACHED SCHEDULES

2. **Policy Period:**    **From** 10/01/12    **To** 10/01/13
   12:01 a.m., Standard time at the insured's mailing address.

   **Producer's Name:** MAURY DONNELLY & PARR INC

                        24 COMMERCE STREET
                        BALTIMORE, MD 21202
   **Producer's Code:** 720261
   **Issuing Office:** THE HARTFORD

                        8711 UNIVERSITY EAST DRIVE
                        CHARLOTTE                    NC 28213
                        (877) 853-2582

| **Total Estimated Annual Premium:** | $92,325 |
| **Deposit Premium:** | |
| **Policy Minimum Premium:** | $850 NJ |

**Audit Period:** ANNUAL          **Installment Term:**
The policy is not binding unless countersigned by our authorized representative.

Countersigned by _____

          Authorized Representative          Date

**Form WC 00 00 01 A    (1)** Printed in U.S.A.          **Page 1** (Continued on next page)
**Process Date:** 10/02/12                              **Policy Expiration Date:** 10/01/13

## INFORMATION PAGE  (Continued)

**Policy Number:** 30 WE   CK5773

**3. A. Workers Compensation Insurance:** Part one of the policy applies to the Workers Compensation Law of the states listed here: NJ, NY

**B. Employers Liability Insurance:** Part Two of the policy applies to work in each state listed in Item 3.A.
The limits of our liability under Part Two are:

| | | |
|---|---|---|
| **Bodily injury by Accident** | $100,000 | **each accident** |
| **Bodily injury by Disease** | $500,000 | **policy limit** |
| **Bodily injury by Disease** | $100,000 | **each employee** |

**C. Other States Insurance:** Part Three of the policy applies to the states, if any , listed here:

ALL STATES EXCEPT ND, OH, WA, WY, AND
STATES DESIGNATED IN ITEM 3.A. OF THE INFORMATION PAGE.

**D. This policy includes these endorsements and schedule:**
WC 99 00 05   WC 00 04 06   WC 00 04 21C WC 00 04 22A WC 00 04 14
WC 00 04 19   WC 29 03 06B WC 31 03 08   WC 31 03 19F

**4.  The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans.  All information required below is subject to verification and change by audit.**

| Classifications Code Number and Description | Premium Basis Total Estimated Annual Remuneration | Rates Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|
| (SEE ATTACHED SCHEDULES) | | | |
| TOTAL PREMIUM SUBJECT TO EXPERIENCE MODIFICATION | | | 57,165 |
| PREMIUM ADJUSTED BY APPLICATION OF EXPERIENCE MODIFICATION | | | 77,744 |
| SCHEDULE MODIFICATION | | | -919 |
| TOTAL ESTIMATED ANNUAL STANDARD PREMIUM | | | 81,419 |
| PREMIUM DISCOUNT | | | -7,930 |
| EXPENSE CONSTANT (0900) | | | 220 |
| TOTAL ESTIMATED STATE SURCHARGE | | | 15,555 |
| TERRORISM (9740) | | | 2,448 |
| TERRORISM (9740) PER CAPITA | | | 0 |
| CATASTROPHE (9741) | | | 613 |
| CATASTROPHE (9741) PER CAPITA | | | 0 |
| TOTAL ESTIMATED ANNUAL PREMIUM | | | 92,325 |

| | |
|---|---|
| **Total Estimated Annual Premium:** | $92,325 |
| **Deposit Premium:** | |
| **Policy Minimum Premium:** | $850  NJ |

**Interstate/Intrastate Identification Number:**

**Labor Contractors Policy Number:**

NAICS:
**SIC:** 7922

| | |
|---|---|
| **Form WC 00 00 01 A   (1)** Printed in U.S.A. | **Page 2** |
| **Process Date:** 10/02/12 | **Policy Expiration Date:** 10/01/13 |

## SCHEDULE OF OPERATIONS

This Schedule of Operations forms a part of the policy effective on the inception date of the policy unless another date is indicated below:

**INSURER:** HARTFORD UNDERWRITERS INSURANCE COMPANY

**Company Code:** 6

**Policy Number:** 30 WE  CK5773    **Schedule Number:** 01-29-01

**Effective Date:** 10/01/12    Effective hour is the same as stated on the Information Page of the policy.

**Named Insured and Location Address of operations covered by this schedule:**

NEW YORK CITY OPERA, INC.
2220 91ST ST
NORTH BERGEN           NJ   07047

NAICS:

**FEIN:** 132974347    NJ TIN: 000132974347    SIC: 7922    NO. OF EMPL: 1

**4.    The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans.  All information required below is subject to verification and change by audit.**

| Classifications Code Number and Description | Premium Basis Total Estimated Annual Remuneration | Rates Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|
| 8292 WAREHOUSING NOC | 44,515 | 10.32 | 4,594 |
| | | | |
| TOTAL CLASS PREMIUM | | | 4,594 |
| NJ - SCHEDULE MODIFICATION       (0.800)   (9887) | | | -919 |
| PREMIUM ADJUSTED BY SCHEDULE MODIFICATION | | | 3,675 |
| TOTAL ESTIMATED ANNUAL STANDARD PREMIUM | | | 3,675 |
| EXPENSE CONSTANT (0900) | | | 220 |
| NJ ESTIMATED 2ND INJURY FUND SURCHARGE  7.820  PERCENT | | | 359 |
| NJ ESTIMATED UNINSURED EMPLOYERS FUND SURCHARGE  .170 PERCENT | | | 8 |
| TERRORISM (9740) | 44,515 | .030 | 13 |
| CATASTROPHE (9741) | 44,515 | .010 | 4 |
| TOTAL ESTIMATED ANNUAL PREMIUM | | | 4,279 |

Countersigned by _____

_____
Authorized Representative

**Form WC 99 00 05     (1)** Printed in U.S.A.

**Process Date:** 10/02/12                    **Policy Expiration Date:** 10/01/13

## SCHEDULE OF OPERATIONS



This Schedule of Operations forms a part of the policy effective on the inception date of the policy unless another date is indicated below:

**INSURER:** HARTFORD ACCIDENT AND INDEMNITY COMPANY

**Company Code:** 5

**Policy Number:** 30 WE   CK5773    **Schedule Number:** 01-31-01
**Effective Date:** 10/01/12     Effective hour is the same as stated on the Information Page of the policy.
**Named Insured and Location Address of operations covered by this schedule:**
NEW YORK CITY OPERA, INC.
75 BROAD ST, STE 1010
NEW YORK          NY 10004
                                    NAICS:
**FEIN:** 132974347    UIN:          SIC: 7922        NO. OF EMPL: 98

**4.   The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans. All information required below is subject to verification and change by audit.**

| Classifications Code Number and Description | Premium Basis Total Estimated Annual Remuneration | Rates Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|
| 8017 STORES:   RETAIL STORE NOC - NO SERVICE OF FOOD | 203,649 | 1.36 | 2,770 |
| 8809 EXECUTIVE OFFICERS - NOC - NOT FOREMEN, WORKERS OR SALESPERSONS | 194,800 | .21 | 409 |
| 8810 CLERICAL OFFICE EMPLOYEES NOC | 1,864,827 | .19 | 3,543 |
| 8868 COLLEGE - PROFESSIONAL EMPLOYEES & CLERICAL | 37,365 | .57 | 213 |
| 9157 THEATRICAL PRODUCTION DANCE SKATE PLAYERS OR MUSICIANS | IF ANY | 4.48 | |

Countersigned by _____
                                        Authorized Representative

**Form WC 99 00 05      (1)** Printed in U.S.A.
**Process Date:** 10/02/12                            **Policy Expiration Date:** 10/01/13

## SCHEDULE OF OPERATIONS



This Schedule of Operations forms a part of the policy effective on the inception date of the policy unless another date is indicated below:

**INSURER:** HARTFORD ACCIDENT AND INDEMNITY COMPANY

**Company Code:** 5

**Policy Number:** 30 WE  CK5773    **Schedule Number:** 01-31-01

**Effective Date:** 10/01/12     Effective hour is the same as stated on the Information Page of the policy.

**Named Insured and Location Address of operations covered by this schedule:**

NEW YORK CITY OPERA, INC.
75 BROAD ST, STE 1010
NEW YORK            NY  10004

                                            NAICS:
**FEIN:** 132974347    UIN:            SIC: 7922        NO. OF EMPL: 98

**4.  The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans.  All information required below is subject to verification and change by audit.**

| Classifications Code Number and Description | Premium Basis Total Estimated Annual Remuneration | Rates Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|
| 9159 THEATRICAL PRODUCTION NOC - PLAYERS, ENTERTAINERS OR MUSICIANS | 2,201,199 | 1.13 | 24,874 |
| 9160 THEATRICAL PRODUCTION NOC - ALL OTHER EMPLOYEES | 1,584,775 | 1.60 | 25,356 |
| TOTAL CLASS PREMIUM | | | 57,165 |
| TOTAL PREMIUM SUBJECT TO EXPERIENCE MODIFICATION | | | 57,165 |
| NY - INTRA EXPERIENCE MODIFICATION | | | 1.360 |
| PREMIUM ADJUSTED BY APPLICATION OF EXPERIENCE MODIFICATION | | | 77,744 |
| TOTAL ESTIMATED ANNUAL STANDARD PREMIUM | | | 77,744 |
| PREMIUM DISCOUNT 10.2 PERCENT | | | -7,930 |
| NEW YORK STATE ASSESSMENT (0932) 18.80 PERCENT | | | 15,188 |
| TERRORISM (9740) | 6,086,615 | .040 | 2,435 |
| TERRORISM (9740) PER CAPITA 2.9 PERCENT | | | 0 |
| CATASTROPHE (9741) | 6,086,615 | .010 | 609 |
| CATASTROPHE (9741) PER CAPITA 0.7 PERCENT | | | 0 |
| TOTAL ESTIMATED ANNUAL PREMIUM | | | 88,046 |

Countersigned by _____

                                    _____
                                    Authorized Representative

**Form WC 99 00 05    (1)** Printed in U.S.A.
**Process Date:** 10/02/12                **Policy Expiration Date:** 10/01/13

POLICY FACE SHEET

```
27
01   INSURER:
AM   HARTFORD INSURANCE GROUP
UUM
     POLICY NO.:  30 UUM AM0127   K3
COMMON POLICY DECLARATIONS
ITEM
1.  NAMED INSURED AND            NEW YORK CITY OPERA INC.
    MAILING ADDRESS:             75 BROAD ST STE 1010
                                 NEW YORK           NY  10004
                                 (NEW YORK COUNTY)

2.  POLICY PERIOD:               FROM  07/01/13  TO  07/01/14

3.  AGENT'S OR BROKER'S CODE:  723008      RECORDS RETENTION - PERMANENT
    AGENT'S OR BROKER'S NAME:  MAURY DONNELLY & PARR INC

    PREVIOUS POLICY NO.:  30 UUM AM0127

4.  AUDIT PERIOD:

5.  NAMED INSURED IS:  NON PROFIT ORG

6.  DESCRIPTION OF YOUR BUSINESS:  PROFESSIONAL OPERA COMPANY

PROPERTY COMPANY CODE: 1
INLAND MARINE COMPANY CODE: 1
POLICY STATUS: ACTIVE
LOB LEVEL OF SUPPORT: CP-S, IM-N
DIRECT ACCOUNT BILL NUMBER:  13808298
DIR SING BILL - MONTHLY/3 MO DOWN: INSURED

MARKET SEGMENTATION - 780              SIC CODE - 6512
E-COMMERCE ID: 2
```

PARTIALLY SUPPORTED

```
TRANS TYPE: RENL    CNTL#: 001
FACE SHEET  TERMINAL ID: R001V7OC  PAGE    1
      07/17/13 30 UUM AM0127  K3 (07/01/14)
          H032
```

THIS SPECIAL MULTI-FLEX POLICY IS PROVIDED BY THE STOCK INSURANCE COMPANY(S) OF
THE HARTFORD INSURANCE GROUP, SHOWN BELOW.

POLICY NO.: 30 UUM AM0127   K3

C O M M O N   P O L I C Y   D E C L A R A T I O N S

N A M E D   I N S U R E D   A N D      NEW YORK CITY OPERA INC.
M A I L I N G   A D D R E S S :        75 BROAD ST STE 1010
                                       NEW YORK, NY  10004
                                       (NEW YORK COUNTY)

P O L I C Y   P E R I O D :            FROM   07/01/13   TO   07/01/14
    12:01 A.M., STANDARD TIME AT
    YOUR MAILING ADDRESS SHOWN ABOVE.

A G E N T'S   O R   B R O K E R'S   C O D E: 723008
A G E N T'S   O R   B R O K E R'S   N A M E: MAURY DONNELLY & PARR INC

    PREVIOUS POLICY NO.:  30 UUM AM0127

N A M E D   I N S U R E D   I S: NON PROFIT ORG

D E S C R I P T I O N   O F   Y O U R   B U S I N E S S :
    PROFESSIONAL OPERA COMPANY

I N S U R A N C E   P R O V I D E D :
    IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS
    OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE INSURANCE AS STATED IN
    THIS POLICY.

    THE COVERAGE PARTS THAT ARE A PART OF THIS POLICY ARE LISTED BELOW OR
    ON THE EXTENSION SCHEDULE ATTACHED. THE ADVANCE PREMIUMS SHOWN MAY BE
    SUBJECT TO ADJUSTMENT.

S U M M A R Y   O F   C O V E R A G E   P A R T S ,   I N S U R A N C E
C O M P A N Y   A N D   P R E M I U M :

            SEE EXTENSION SCHEDULE (FORM HM0012)


    PREMIUM PAYABLE AT INCEPTION:
        PREMIUM                                $12,890.00
        NEW YORK FIRE FEE                           $6.42

        **TOTAL PREMIUM PAYABLE AT INCEPTION**




                    COUNTERSIGNED BY    _____
                    (WHERE REQUIRED BY LAW)  AUTHORIZED REPRESENTATIVE        DATE


FORM  HM 00 10 01 07T                    PAGE 1   (CONTINUED ON NEXT PAGE)
            07/17/13 30 UUM AM0127   K3 (07/01/14)
                            X

C O M M O N   P O L I C Y   D E C L A R A T I O N S   (CONTINUED)

   POLICY NO.: 30 UUM AM0127   K3

F O R M   N U M B E R S   O F   C O V E R A G E   P A R T S,
F O R M S   A N D   E N D O R S E M E N T S   T H A T   A R E   A
P A R T   O F   T H I S   P O L I C Y   A N D   T H A T   A R E
N O T   L I S T E D   I N   T H E   C O V E R A G E   P A R T S :

   HM0001 HM00121185T IL00171198 IH09850312T IH99400409 IH99410409T
   IL01830808 PC00010109T MS19401011 (10-11)

FORM  HM 00 10 01 07T                    PAGE 2
              07/17/13 30 UUM AM0127   K3 (07/01/14)
                        X

**EXHIBIT B**

# STATEMENT OF PREMIUMS

# NEW YORK CITY OPERA INC

Southern District of New York
Chapter 11 Filed 10-03-13 case 13-13240

**Summary**

| Policy | Effective Date | Total | |
|---|---|---|---|
| 30-SBM-BT4828 | 6/30/2013 | $ | (6,364.03) |
| 30-WE-CK5773 | 10/1/2012 | $ | 31,827.05 |
| 30-UUM-AM0127 | 7/1/2013 | $ | (6,901.39) |
| ACCOUNT LEVEL | | $ | 81.00 |
| **Total** | | **$** | **18,642.63** |

**30-SBM-BT4828**          **Effective 06/30/13-14**

| Transaction | Effective Date | Total | |
|---|---|---|---|
| Renewal | 6/30/2013 | $ | 4,834.00 |
| Endorsement | 6/30/2013 | | 3,596.00 |
| Endorsement | 11/15/2013 | | (4,999.00) |
| **Total Earned** | | **$** | **3,431.00** |
| **Total Paid** | | | (9,795.03) |
| **Total Due** | | **$** | **(6,364.03)** |

**30-WE-CK5773**          **Effective 10/01/12-13**

| Transaction | Effective Date | Total | |
|---|---|---|---|
| Renewal | 10/1/2012 | $ | 92,325.00 |
| Final Audit | 10/1/2012 | $ | 15,979.00 |
| **Total Earned** | | **$** | **108,304.00** |
| **Total Paid** | | | (76,476.95) |
| **Total Due** | | **$** | **31,827.05** |

**30-UUM-AM0127**          **Effective 07/01/13-14**

| Transaction | Effective Date | Total | |
|---|---|---|---|
| Renewal | 7/1/2013 | $ | 12,896.42 |
| Endorsement | 11/15/2013 | $ | (3,424.80) |
| Endorsement | 12/31/2013 | | (3,323.00) |
| **Total Earned** | | **$** | **6,148.62** |
| **Total Paid** | | | (13,050.01) |
| **Total Due** | | **$** | **(6,901.39)** |

**ACCOUNT LEVEL**

| Transaction | Effective Date | Total | |
|---|---|---|---|
| Service Fee | | $ | 21.00 |
| Late Fee | | | 60.00 |
| **Total Earned** | | **$** | **81.00** |
| **Total Paid** | | | - |
| **Total Due** | | **$** | **81.00** |

10/1/2015