KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur J. Steinberg
Jennifer A. Asher

*Counsel to New Vision for*
*NYC Opera, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **NEW YORK CITY OPERA, INC.,** | **Case No. 13-13240 (SHL)** |
| **Debtor.** | |

**NOTICE OF WITHDRAWAL OF NEW VISION FOR NYC OPERA, INC.'S**
**COMPETING CHAPTER 11 PLAN OF REORGANIZATION**

As a result of a settlement which is described in the First Amended Joint Chapter 11 Plan of Reorganization of NYCO Renaissance, Ltd. and Official Committee of Unsecured Creditors for New York City Opera, Inc., dated December 2, 2015 [Dkt. No. 315], New Vision for NYC Opera, Inc., by and through its undersigned counsel, hereby withdraws the *Chapter 11 Plan of Reorganization of New Vision for NY Opera, Inc. for New York City Opera, Inc. and Summary Thereof*, dated October 19, 2015 [Dkt. No. 303].

Dated: New York, New York
      December 2, 2015

KING & SPALDING LLP

__/s/ Arthur J. Steinberg_____
Arthur J. Steinberg
Jennifer A. Asher
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

*Counsel to New Vision for NYC Opera, Inc.*