**ERIC T. SCHNEIDERMAN, ATTORNEY**
**GENERAL OF THE STATE OF NEW YORK**
Rose Firestein
120 Broadway, 3rd Floor
New York, NY 10271
(212)416-8325
*Statutory Representative of the Ultimate*
*Charitable Beneficiaries*


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
                             :

In re New York City Opera, Inc.       :        Chapter 11
                             :

        Debtor.            :        Case No. 13-13240 (SHL)
                             :
-------------------------------------------------------X


<u>**APPENDIX TO**</u>


**Affirmation in Support of the New York Attorney General's (1) Response to the Joint Plan for Reorganization Submitted by NYCO Renaissance and the Official Committee of Unsecured Creditors [Docket Nos. 314 and 315] and (2) Objection to New Vision's § 503(b) Application for Expenses Including Counsel Fees [Docket No. 321]**


**VOLUME 5**

**Demonstrative Exhibits A-I**

# DEMONSTRATIVE EXHIBIT A

## Plan's Projections
## Sum of Types of Income

**Plan's Projections**
**Sum of Types of Income**

| | NYCO'S PROJECTIONS | | | | |
|---|---|---|---|---|---|
| | INCLUDING PENDING BEQUESTS | | | | |
| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
| TYPE OF INCOME | 1/16-6/15 | 7/16-6-17 | 7/17-6/18 | 7/18-6/19 | 7/19-6/20 |
| Public support & other income | $3,459,198 | $13,297,564 | $5,647,249 | $5,998,323 | $6,385,906 |
| Performance & Special Event Income | $1,161,950 | $1,877,100 | $1,877,100 | $1,877,100 | $1,877,100 |
| Total Income | $4,621,148 | $15,174,664 | $7,524,349 | $7,875,423 | $8,263,006 |
| | | | | | |
| Pending Bequests | | $8,112,500 | | | |
| Total income minus Pending Bequests | | $7,062,164 | | | |

# DEMONSTRATIVE EXHIBIT B

## Plan's Projections
## Sum of Contributions and Grants

**Plan's Projections**
**Sum of Contributions Grants**

|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Contributions | $2,498,000 | $3,200,000 | $3,627,500 | $3,955,250 | $4,315,775 |
| Grants | $250,000 | $249,996 | $287,495 | $316,245 | $347,869 |
| Total | $2,748,000 | $3,449,996 | $3,914,995 | $4,271,495 | $4,663,644 |

# DEMONSTRATIVE EXHIBIT C

## Thrift Shop Sales
## Comparison of Actual Sales and Plan's Projections

**THRIFT SHOP SALES**
**COMPARISON OF ACTUAL SALES AND PLAN'S PROJECTION**
From City Opera's Monthly Operating Reports

| NYCO's Monthly Operating Reports | | | |
|---|---|---|---|
| Year-Month | Cash Sales | Total Thrift Shop Revenue | Difference |
| 14-Nov | $81,533 | $78,299 | $3,234 |
| 14-Dec | $68,220 | $63,923 | $4,297 |
| 15-Jan | $66,035 | | |
| 15-Feb | $48,869 | | |
| 15-Mar | $96,886 | | |
| 15-Apr | $61,871 | | |
| 15-May | $61,778 | $59,286 | $2,492 |
| 15-Jun | $76,191 | | |
| 15-Jul | $59,432 | | |
| 15-Aug | $55,734 | | |
| 15-Sep | $65,660 | | |
| 15-Oct | $94,085 | | |
| Total | $836,294 | | |

| COMPARISON OF ACTUAL TO PROJECTED REVENUE FROM THRIFT SHOP SALES | |
|---|---|
| Plan's Projected Thrift Shop sales for each full year (Years 2-5) | $1,200,000 |
| Difference beween actual Total Cash Sales (Nov. 2014-Oct. 2015) and the Plan's Projected Thrift Shop sales for each full year ($1,200,000 annually for Years 2-5) | $363,706 |

# DEMONSTRATIVE EXHIBIT D

## Plan's Projections
## Interest Income on Pending Bequests

**Plan's Projections**
**Interest Income on Pending Bequests**

| | Estimated Gross Value of Pending Bequests | Projected Interest Income | Projected Interest as % of Estimated Value of Pending Bequests |
|---|---|---|---|
| Projection's rate of Interest Income on the Pending Bequests in Plan Year 2 | $8,112,500 | $310,500 | 3.83% |
| | | | |
| | | | |
| Pending Bequests | Estimated Gross Value of Pending Bequests | | |
| All Pending Bequests | $8,112,500 | | |
| Marcus Bequest | $500,000 | | |
| Helfman Bequest | $700,000 | | |
| Schultz Bequest | $51,000 | | |
| Havrilka Bequest | $600,000 | | |
| | | | |
| Total estimated value of all bequests other than Marcus Bequest | $7,612,500 | | |
| Interest income at 3.83% | $291,363 | | |
| | | | |
| Subtotal of Marcus, Helfman, Schultz and Havrilka Bequests | $1,851,000 | | |
| Total estimated value of all bequests other than Marcus, Helfman, Schultz and Havrilka Bequests | $6,261,500 | | |
| Interest income at 3.83% | $239,654 | | |
| | | | |
| Difference from Interest Income on All Bequests ($310,500) | | | |
| All Pending Bequess except Marcus Bequest | $19,137 | | |
| All Pending Bequests except Marcus, Helfman, Schultz and Havrilka Bequests | $70,846 | | |

# DEMONSTRATIVE EXHIBIT E

## Plan's Projections
## Gains (Losses) from Performances

**Plan's Projections**
**Gains (Losses) from Performances**

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| **Large Scale Productions** | | | | | |
| Income | $912,600 | $1,521,000 | $1,521,000 | $1,521,000 | $1,521,000 |
| Expenses | $1,804,088 | $3,006,813 | $3,187,222 | $3,282,839 | $3,381,324 |
| Gain or loss | ($891,488) | ($1,485,813) | ($1,666,222) | ($1,761,839) | ($1,860,324) |
| | | | | | |
| **Small Scale Productions** | | | | | |
| Income | $40,050 | $80,100 | $80,100 | $80,100 | $80,100 |
| Expenses | $172,527 | $345,054 | $365,757 | $376,730 | $388,032 |
| Gain or loss | ($132,477) | ($264,954) | ($285,657) | ($296,630) | ($307,932) |
| | | | | | |
| **VOX Productions** | | | | | |
| Income | $3,750 | $7,500 | $7,500 | $7,500 | $7,500 |
| Expenses | $89,860 | $179,719 | $190,502 | $196,217 | $202,104 |
| Gain or Loss | ($86,110) | ($172,219) | ($183,002) | ($188,717) | ($194,604) |
| | | | | | |
| **Total Productions (except for Opera for Kids)** | | | | | |
| Income | $956,400 | $1,608,600 | $1,608,600 | $1,608,600 | $1,608,600 |
| Expenses | $2,066,475 | $3,531,586 | $3,743,481 | $3,855,786 | $3,971,460 |
| Gain or loss | ($1,110,075) | ($1,922,986) | ($2,134,881) | ($2,247,186) | ($2,362,860) |
| | | | | | |
| **Total Income (See demonstrative exhibit A)** | $4,621,148 | $15,174,664 | $7,524,349 | $7,875,423 | $8,263,006 |
| | | | | | |
| **Loss for total productions (except for Opera for Kids) as % of total income** | -24.02% | -12.67% | -28.37% | -28.53% | -28.60% |

# DEMONSTRATIVE EXHIBIT F

## City Opera's 990s

## Contributions, Grants and Total Revenue
## Performance Revenue and Expenses
## Advertising and Insurance

CITY OPERA 990s
Contributions grants and total revenue
Performance revenue expenses
Advertising and Insurance

| 990, Part & line | CONTENT | Bankruptcy filed Oct. 2013 | | FISCAL YEAR | | |
|---|---|---|---|---|---|---|
| | | 7/09-6/10 | 7/010-6/11 | 7/11-6/12 | 7/12-6/13 | 7/13-6/14 |
| I, line 8 | Contributions & grants | $13,928,740 | $17,039,960 | $10,795,484 | $9,565,319 | $2,715,167 |
| I, line 12 | Total revenue | $23,175,802 | $25,082,188 | $14,131,042 | $13,312,876 | $2,819,298 |
| I, line15 | Salary, compensation, benefits | $20,072,419 | $19,646,581 | $8,277,201 | $7,317,727 | $2,597,059 |
| | Salary, compensation & benefits as % of total revenue | 86.61% | 78.33% | 58.57% | 54.97% | 92.12% |
| | | | | | | |
| III | Mainstage: | | | | | |
| III, line 4a | Revenue | $8,072,451 | $7,404,713 | $2,734,465 | $2,140,499 | $134,343 |
| III, line 4a | Expenses | $22,949,605 | $23,237,696 | $11,095,653 | $11,870,512 | $2,064,275 |
| III, line 4b | VOX revenue | $404,511 | $13,284 | | | |
| III, line 4b | VOX expenses | $573,582 | $431,733 | | | |
| | | | | | | |
| | Total performance revenue | $8,476,962 | $7,417,997 | $2,734,465 | $2,140,499 | $134,343 |
| | Total performance expenses | $23,523,187 | $23,669,429 | $11,095,653 | $11,870,512 | $2,064,275 |
| | Total performance gain or loss | ($15,046,225) | ($16,251,432) | ($8,361,188) | ($9,730,013) | ($1,929,932) |
| | Total performance loss as % of total revenue | -64.92% | -64.79% | -59.17% | -73.09% | -68.45% |
| | | | | | | |
| IX, line 12 | Advertising & promotion | $1,386,910 | $1,737,432 | $657,951 | $898,571 | $111,683 |
| IX, line 23 | Insurance (separate from employee benefits) | $96,153 | $98,064 | $110,941 | $105,934 | $108,390 |

NEW YORK CITY OPERA

# DEMONSTRATIVE EXHIBIT G

## Tier 2 Opera Companies

## Data from FY 2013 990s

**TIER 2 COMPANIES**
**DATA FROM FY 2013 990s**

| 990, Part & line | CONTENT | Atlanta Op. | Arizona | Austin Lyric | Boston Ly | Cincinnati | Ft. Worth | Glimmerglass |
|---|---|---|---|---|---|---|---|---|
| | | 990 from FY 2013 (ending Dec. 2013 or during 2014 (6/30/14) | | | | | | |
| I, line.12 | Total revenue | $4,068,118 | $5,746,357 | $2,974,227 | $9,516,761 | $12,749,409 | $5,017,616 | $9,064,538 |
| I, line15 | Salary, compensation, benefits | $1,548,930 | $2,287,991 | $1,407,427 | $3,223,590 | $4,835,208 | $1,655,772 | $4,923,880 |
| | Salary, comp, benefits as % total revenue | 38.07% | 39.82% | 47.32% | 33.87% | 37.92% | 33.00% | 54.32% |
| III | Productions (excluding educational and singer-training programs) | | | | | | | |
| III, line 4a | Revenue | $1,614,783 | $5,567,748 | $1,054,659 | $1,591,480 | $1,698,065 | $826,144 | $2,897,056 |
| III, line 4b | Expenses | $2,858,494 | $3,915,808 | $2,371,786 | $5,833,465 | $5,575,398 | $3,882,179 | $5,941,844 |
| | Loss/gain | (1,243,711) | 1,651,940 | (1,317,127) | (4,241,985) | (3,877,333) | (3,056,035) | (3,044,788) |
| | Loss as % of total revenue | -30.57% | 28.75% | -44.28% | -44.57% | -30.41% | -60.91% | -33.59% |
| IX, line 12 | Advertising & promotion | $510,067 | $414,529 | $152,075 | $149,918 | $446,981 | $395,238 | $197,046 |
| IX, line 23 | Insurance | $42,806 | $29,114 | $12,515 | $43,056 | $35,641 | $22,078 | $96,375 |

FY 2013 for all Tier 2 companies began in mid-2012 and ended in mid-2013

## TIER 2 COMPANIES
## DATA FROM FY 2013 990s

| 990, Part & line | CONTENT | Hawaii | Kansas City | San Jose | Philadelphia | St. Louis | Palm Beach | Pittsburg |
|---|---|---|---|---|---|---|---|---|
| I, line.12 | Total revenue | $3,292,908 | $8,495,228 | $4,075,461 | $9,613,721 | $8,021,191 | $4,595,172 | $7,758,575 |
| I, line15 | Salary, compensation, benefits | $1,344,929 | $2,429,501 | $2,869,976 | $4,367,021 | $5,089,433 | $2,295,995 | $4,201,188 |
| | Salary, comp, benefits as % total revenue | 40.84% | 28.60% | 70.42% | 45.42% | 63.45% | 49.97% | 54.15% |
| III | Productions (excluding educational and singer-training programs) | | | | | | | |
| III, line 4a | Revenue | $667,820 | $1,857,020 | $1,583,862 | $2,243,808 | $2,191,206 | $1,101,895 | $1,919,453 |
| III, line 4b | Expenses | $2,858,330 | $6,287,599 | $3,199,464 | $8,194,547 | $7,171,195 | $3,179,910 | $4,253,209 |
| | Loss/gain | (2,190,510) | (4,430,579) | (1,615,602) | (5,950,739) | (4,979,989) | (2,078,015) | (2,333,756) |
| | Loss as % of total revenue | -66.52% | -52.15% | -39.64% | -61.90% | -62.09% | -45.22% | -30.08% |
| IX, line 12 | Advertising & promotion | not reported | $395,727 | $115,170 | $332,908 | $808,922 | $363,200 | $425,841 |
| IX, line 23 | Insurance | $27,901 | $88,287 | $31,153 | $192,060 | $124,508 | $66,393 | $72,323 |

**TIER 2 COMPANIES**
**DATA FROM FY 2013 990s**

| 990, Part & line | CONTENT | Portland | Average | Median |
|---|---|---|---|---|
| I, line.12 | Total revenue | $6,863,757 | $6,790,203 | $6,863,757 |
| I, line15 | Salary, compensation, benefits | $2,009,915 | $2,966,050 | $2,429,501 |
| | Salary, comp, benefits as % total revenue | 29.28% | 43.68% | 40.84% |
| III | Productions (excluding educational and singer-training programs) | | | |
| III, line 4a | Revenue | $1,913,709 | $1,915,247 | $1,698,065 |
| III, line 4b | Expenses | $5,382,492 | $4,727,048 | $4,253,209 |
| | Loss/gain | (3,468,783) | (2,811,801) | (3,044,788) |
| | Loss as % of total revenue | -50.54% | | |
| IX, line 12 | Advertising & promotion | $362,152 | $362,127 | $379,219 |
| IX, line 23 | Insurance | $40,284 | $61,633 | $42,806 |

FY 2013 for all Tier 2 companies began in mid-2012 and ended in mid-2013

# DEMONSTRATIVE EXHIBIT H

## Plan's Projections, Years 2-5
## Advertising and Promotion Costs

## Projections With and Without Pending Bequests

**Plan's Projections, Years 2-5**
**Advertising Promotion Costs**
Projections with and without Pending Bequests

| Projections | Assumes Reorganized Debtor Receives the Pending Bequests | | | | | Assumes Reorganized Debtor Does Not Receive the Pending Bequests | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Year 2 | Year 3 | Year 4 | Year 5 | | Year 2 | Year 3 | Year 4 | Year 5 |
| Advertising | $80,657 | $92,758 | $106,669 | $122,670 | | $30,657 | $35,258 | $40,544 | $46,626 |
| Eblasts, printing & postage | $63,654 | $73,302 | $84,182 | $96,810 | | $63,654 | $73,202 | $84,182 | $96,810 |
| | $144,311 | $166,060 | $190,851 | $219,480 | | $94,311 | $108,460 | $124,726 | $143,436 |

# DEMONSTRATIVE EXHIBIT I

## Plan's Projections, Years 2-5
## Insurance Expenditures

# INSURANCE EXPENDITURES
## Plan Projections (Years 2-5)
### Insurance

| Plan Projection | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|
| Insurance | $11,459 | $13,178 | $15,154 | $17,428 |

The Plan reports the cost of liability and property insurance. 990s report employee benefits separately from insurance.