## EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| New York City Opera, Inc., | Case No. 13-13240 (SHL) |
| Debtor. | |

### DECLARATION OF MICHAEL CAPASSO IN SUPPORT OF THE FIRST AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF NYCO RENAISSANCE LTD. AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR NEW YORK CITY OPERA, INC.

**Michael Capasso**, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I submit this declaration in support of the First Amended Joint Chapter 11 Plan of Reorganization of NYCO Renaissance Ltd. and Official Committee of Unsecured Creditors for New York City Opera, Inc. dated December 2, 2015 (the "**Plan**")[1], and in response to certain issues raised in the New York Attorney General's Response to the Joint Plan for Reorganization Submitted By NYCO Renaissance And The Official Committee Of Unsecured Creditors [Docket No. 331] (the "**AG's Response**").

2.      I am currently the General Director of NYCO Renaissance, Ltd. ("**NYCO Renaissance**").  I have produced, directed and toured opera and musical theater productions in the United States and abroad for over 30 years.

3.      I, along with Roy Niederhoffer, created NYCO Renaissance in March 2014 as a not for profit company dedicated to the restoration of The New York City Opera ("**NYCO**").  Since its inception, NYCO Renaissance has, among other things, produced fully staged and

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Plan [Docket No. 315], the Summary thereof, or the First Amended Disclosure Statement for the First Amended Joint Chapter 11 Plan of Reorganization of NYCO Renaissance, Ltd. and Official Committee of Unsecured Creditors for New York City Opera, Inc. [Docket No. 314] (the "**Disclosure Statement**").

1

narrated performances in the United States, Canada and in Europe, hosted dozens of cultivation events and conducted educational outreach programs through an agreement with IACE (Italian American Committee on Education).  Importantly, in March 2015, NYCO Renaissance staged a tremendously successful Gala Concert celebrating the life and career of NYCO's long-time General Director, Maestro Julius Rudel, which featured many notable alumni including Placido Domingo, Frederica von Stade and Christine Goerke.

4.    NYCO Renaissance is currently in the process of  preparing for the production of Giacomo Puccini's *Tosca*, with performances scheduled to take place January 20-24, 2016 at the Fredrick P. Rose Hall at Jazz at Lincoln Center (the "**Rose Theatre**"), a cost-effective venue that is perfectly suited to opera in its moderate size, up-to-date technology and superb acoustics.

5.    I have been intimately involved in the day to day running of NYCO Renaissance, including the creation, design and presentation of all of NYCO Renaissance's operatic productions.  I also played a major role in formulating the NYCO Renaissance business plan that will be adopted by the Reorganized Debtor should the Plan be confirmed by the Court. As such, I am fully familiar with all aspects of the Reorganized Debtor's proposed business, operations and financial affairs as set forth in the Plan.

## Reply To Certain Issues Raised In The AG's Response[2]

6.    In the AG's Response, the AG questions the "long-term" viability of the Reorganized Debtor by focusing upon certain of the assumptions contained in the Reorganized Debtor's Projections, including the Reorganized Debtor's receipt of the Pending Bequests (*See* AG's Response, paras. 32-41), revenue derived from the Thrift Shop (*See* AG's Response, para.

---

[2]    Simultaneously herewith, Roy Niederhoffer is submitting a declaration addressing certain issues raised in the AG's Response not otherwise covered herein.

31) and the estimated income and expenses associated with the performances described in the Plan (*See* AG's Response, paras. 43-47). I will address these concerns below.

7.      First, at the time that the Reorganized Debtor's Projections were prepared, the Plan Sponsors did not have confirmation that any of the Pending Bequests would in fact be received by the Reorganized Debtor or, if received, how much and by when. As such, the Reorganized Debtor's Projections contained two scenarios: a five (5) year projection without any Endowment income or receipt of any of the Pending Bequests; and a five (5) year projection with Endowment income and the receipt of Pending Bequests in Year 2 totaling $8,112,500. The facts have now changed.

8.      I was recently advised that counsel for the Estate of Pierre DeMenasce has agreed to turn over to the Reorganized Debtor the sum of $5,855,000 as an *initial* distribution under the Will within fifteen (15) days of entry of an order of this Court approving the Plan.[3] Based upon this development, and to address other issues raised in the AG's Response regarding the Reorganized Debtor's receipt of the other Pending Bequests and estimated income and expenses described in the Plan, I have directed the preparation of the attached revised projections for consideration in connection with the Plan (the "**Revised Projections**"). A copy of the Revised Projections is attached hereto at **Exhibit 1**.

9.      The Revised Projections now contain the following three (3) scenarios relating to the Pending Bequests: Scenario 1, which includes the Reorganized Debtor's receipt of *only* the initial distribution of $5,855,000 from the Estate of Pierre DeMenasce in Year 1; Scenario 2, which includes the Reorganized Debtor's receipt of additional Pending Bequests such that the

---

[3]    Since the DeMenasce Will provides for a specific bequest in the amount of $250,000, plus ten percent (10%) of the residual of an Estate having an approximate value of $70,000,000, it is likely that additional distributions will be received by the Reorganized Debtor.

3

Pending Bequests total $7,136,000 by Year 3 (*i.e.*, all Pending Bequests other than the Bequests associated with the Marcus Estate); and Scenario 3, which includes the Reorganized Debtor's receipt of an additional Bequest from the DeMenasce Estate in Year 2 and the receipt of the Bequest from the Marcus Estate in Year 3, such that the Pending Bequests total $8,031,000 by Year 3.

10.     These three (3) scenarios assume that the Reorganized Debtor will receive anywhere from a low range of $5,855,000 to a high range of $8,031,000. While the high range is not guaranteed, based upon all of the information made available to me, it is most reasonable to assume that the Reorganized Debtor will receive an amount greater than the initial DeMenasce distribution of $5,855,000.  Importantly, the Revised Projections show that, regardless of the range of Pending Bequests utilized in the projections, the Reorganized Debtor has a healthy level of net liquid assets throughout the five (5) year period **without** any material reduction of the principal of the Pending Bequests and **without** using any of the principal of the Endowment.

11.     Second, I have reviewed the AG's Response regarding the estimated income from the Thrift Shop.  Initially, the AG's Response incorrectly uses the term "earnings" when it states that "the Reorganized Debtor will **earn** $600,000 from the Thrift Shop… ." (*See* AG's Response at para. 31 – emphasis added).  Instead, the Revised Projections estimate annualized revenues, not earnings.  This is an important distinction since the fixed costs do not change based upon the level of revenues and, therefore, net income is not reduced on a dollar to dollar basis.  Further, the AG's Response does not fairly account for the anticipated revenue from the Thrift Shop because it relies up revenue generated *during* the bankruptcy period (*See* AG's Response, para. 31), not prior.   Based upon discussions I have had with management of the Thrift Shop and Andrea Nellis of the Debtor, I am aware that during the bankruptcy period the Thrift Shop has

4

suffered significantly due to the publicity surrounding the bankruptcy filings, including reduced donations and sales. Many of those who were regular donors were confused as to whether there was any benefit from donating at all. Additionally, there has been very limited marketing, no special events (*i.e.*, "Shop with Divas") or other email promotions. As such, the figures highlighted by the AG are not the baseline upon which to rely for future projected revenue.

12.    On the contrary, I have reviewed revenue and expense data for the Thrift Shop provided to me for a period of time prior to the Petition Date (including FYE 2013) and, based upon those figures, have estimated that the more normal level of revenue generated from operations during a full fiscal year is approximately $1,200,000. Additionally, that information, including the fixed costs, leads to the conclusion that the Thrift Shop generates a profit of approximately twenty percent (20%) after the payment of all related expenses, regardless of the level of revenue generated.

13.    Based upon my analysis of the Thrift Shop data, I continue to believe that, once NYCO emerges from bankruptcy and the Thrift Shop resumes normal business operations, it is reasonable to project that donations and sales will increase such that revenue will be approximately $1,200,000 for a full fiscal year, and that the profit generated will be approximately $200,000. As such, the Revised Projections incorporate these assumptions.

14.    Turning to the AG's Response relating to the expense assumptions contained in the Debtor's Projections, I would make the following points.

15.    As a starting point, the NYCO Renaissance business plan, which is adopted into the Plan for the proposed business of the Reorganized Debtor, was designed as scalable depending upon financial wherewithal. Roy Niederhoffer, as Chairman of the New Board, as well as all of the other New Board members, will not permit the expansion of operations until

5

and unless the Reorganized Debtor has reached financial milestones and secured necessary funding.  Simply put, the Reorganized Debtor will not commit to producing any performances that it cannot comfortably afford. That is the guiding principle of the Reorganized Debtor's business plan. To abide by this principle, we have built an organization that is streamlined, efficient and easily scalable.

16.     Specifically, the Reorganized Debtor will adopt a smaller approach to staffing than NYCO.  When possible, it will engage outside contractors and consultants on as as-needed basis.  In this regard, the Revised Projections attached hereto provide for only five (5) full-time employees during Year 1, for total compensation during that period of $211,500.  The balance of the services are to be provided by outside consultants and contractors and are included under "Contract Labor" and "Legal and Professional Fees," as contained in the Revised Projections.  It is anticipated that, by Year 2, six (6) additional full-time employees will be employed, including a Chief of Music and Bookkeeper.  But, again, those additional hires will only be made if the Reorganized Debtor can afford to do so.  Most importantly, the assumptions contained in the Revised Projections are based upon *actual* amounts currently paid by NYCO Renaissance to these same full-time employees.

17.     With regard to the assumptions made for the costs of productions, the break-out is detailed in the Revised Projections attached hereto.  Contrary to the statement in the AG's Response that "NYCO Renaissance has provided nothing to support its projected expenses…" (*See* AG's Response at para. 46), NYCO Renaissance has already staged dozens of performances, including the March 2015 Gala, and therefore can firmly support the assumptions with *actual* figures from those events. Indeed, the AG's Response's premise that the Reorganized Debtor is "starting from scratch after more than two years of not mounting any

6

performances…" is not entirely accurate. (*See* AG's Response, para. 30).  The business plan
contained in the Plan and to be adopted by the Reorganized Debtor is simply the continuation of
the business (albeit expanded) currently being conducted by NYCO Renaissance.

18.    The Revised Projections contain a detail breakdown of all of the material
productions costs associated with Large Scale Productions, Small Scale Productions, VOX and
Opera for Kids educational performances, including the specific costs associated with the
Orchestra, Performers, Scenery and Costume and Production Fees on a per Unit basis (*i.e.*, six
performances per production). Again, the assumptions contained in the Revised Projections are
based upon *actual* amounts currently expended by NYCO Renaissance in connection with Large
Scale, Small Scale and educational productions staged to date, including the *actual* rates paid to
musicians set forth in the Memorandum of Agreement entered into between NYCO Renaissance
and the Local 802, American Federation of Musicians and Employers, and the *actual* rates paid
to directors, choreographers, stage managers and others.[4]

19.    Indeed, NYCO Renaissance is currently finalizing its production of *Tosca*,
scheduled to run from January 20-24 at the Rose Theatre and the costs associated with said
production will be either at or slightly lower than the costs contained in the Revised Projections
for future Large Scale Productions.  In this regard, given the timing and process surrounding the
confirmation of the Plan, NYCO Renaissance could not wait and instead moved ahead and
absorbed all of the costs associated with the production of *Tosca,* which resulted in the reduction
of the Year 1 Large Scale Productions from $1,804,088 to $902,044 (*i.e.*, Year 1 now contains
only one (1) Large Scale Production).  Significantly, however, the expected net income from the

---

[4]    A copy of the Memorandum of Agreement will be provided to the AG and the Court, but is
not attached hereto for purposes of confidentiality.

DM3\3712442.2

production of *Tosca* of approximately $347,500 will be contributed to the Reorganized Debtor as part of the liquidation of NYCO Renaissance as contemplated under the Plan.

20.    During the course of producing *Tosca*, and in preparation for operations post-confirmation, NYCO Renaissance has had, or is in  discussions or negotiations with, other unions, including the American Guild of Musical Artists (AGMA) and the United Scenic Artists, Local USA 829 for new collective bargaining agreements. I am confident, based on my prior experience and my recent dealings with the various unions, that the Reorganized Debtor will similarly be able to obtain favorable arrangements with unions in additional to Local 802, which arrangements will enable the Reorganized Debtor to stay within the projected expenses specified in the Revised Projections.[5]

21.    Similarly, the assumptions contained in the Revised Projections for the fixed costs associated with the Rose Theatre, the venue that will be used by the Reorganized Debtor for future performances, are based upon the *actual* costs contained in the contract between NYCO Renaissance and the Rose Theatre. That contract will likewise be contributed to the Reorganized Debtor as contemplated under the Plan.

22.    Lastly, the Revised Projections contain fair and reasonable estimates for advertising and other promotional activities associated with the proposed business post-confirmation. (*See* AG's Response, paras 56-58).  In this regard, missing from the AG's calculation of the total proposed costs associated with these activities in its chart set forth in paragraph 58 are certain amounts included in Revised Projections for "Contract Labor."  For example, included in Contract Labor are the fees to be paid to Situation Interactive, a digital

---

[5]    AGMA has provided NYCO Renaissance with a Term Sheet containing the principle terms of a proposed new collective bargaining agreement for the Reorganized Debtor upon confirmation of the Plan. We are currently reviewing that Term Sheet and anticipate having discussions with AGMA in the near future in an effort to reach an agreement.

DM3\3712442.2

media company that the Reorganized Debtor will use as part of its proposed digital media campaign. These fees total approximately $13,500 per month. Accordingly, I am very comfortable that the Revised Projections provide for a sufficient amount of costs associated with the type of advertising that we envision and as further described in the Plan.

23.    As the proposed General Director of the Reorganized Debtor, I am committed to working with the New Board to maintain operations at a level that are well within the company's means so as to ensure long-term success, and I believe that the Revised Projections afford the company the flexibility to grow only when it can comfortably do so.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 8, 2016
      New York, New York                Michael Capasso

## **EXHIBIT 1**

**Reorganized Debtor's Revised Projections**
**Year End Summary**

| | 5-Year Projection With Scenario 1 | | | | |
|---|---|---|---|---|---|
| | Year One (Stub Period)<br>Jan 2016 - June 2016 | Year Two<br>July 2016 - June 2017 | Year Three<br>July 2017 - June 2018 | Year Four<br>July 2018 - June 2019 | Year Five<br>July 2019 - June 2020 |
| **Public support and other income** | | | | | |
| Contributions | $ 2,175,000 | $ 2,850,000 | $ 3,277,500 | $ 4,086,500 ** | $ 4,447,025 |
| Grants | 250,000 | 249,996 | 287,495 | 316,245 | 347,869 |
| Thrift Shop | 600,000 | 1,200,000 | 1,200,000 | 1,200,000 | 1,200,000 |
| In-kind Donations | 36,198 | 74,568 | 85,753 | 94,329 | 103,761 |
| Endowment Interest Income | 91,470 | 182,939 | 182,939 | 182,939 | 182,939 |
| Bequest Income | 5,855,000 | - | - | - | |
| Bequest Interest Income | 117,100 | 234,200 | 234,200 | 214,950 | 195,700 |
| **Total public support and other income** | 9,124,768 | 4,791,703 | 5,267,888 | 6,094,963 | 6,477,295 |
| | | | | | |
| **Net Income from Tosca Production** | 347,500 | | | | |
| | | | | | |
| **Performance & Special Event Income** | | | | | |
| GALA Income | 125,000 | - | - | - | - |
| Large Scale Productions | 456,300 | 1,521,000 | 1,521,000 | 1,521,000 | 1,521,000 |
| Small Scale Production | 40,050 | 80,100 | 80,100 | 80,100 | 80,100 |
| VOX Production | 3,750 | 7,500 | 7,500 | 7,500 | 7,500 |
| Opera for Kids | 80,550 | 268,500 | 268,500 | 268,500 | 268,500 |
| **Total Performance Income** | 705,650 | 1,877,100 | 1,877,100 | 1,877,100 | 1,877,100 |
| | | | | | |
| **Cost of Sales** | | | | | |
| GALA Expenses | 37,500 | - | - | | |
| Large Scale Productions | 902,044 | 3,006,813 | 3,187,222 | 3,282,839 | 3,381,324 |
| Small Scale Production | 172,527 | 345,054 | 365,757 | 376,730 | 388,032 |
| VOX Production | 89,860 | 179,719 | 190,502 | 196,217 | 202,104 |
| Opera for Kids | 79,500 | 265,000 | 280,900 | 289,327 | 298,007 |
| **Total Cost of Performance & Special Events** | 1,281,431 | 3,796,586 | 4,024,382 | 4,145,113 | 4,269,466 |
| | | | | | |
| **Net income from performance & special even** | (575,781) | (1,919,486) | (2,147,282) | (2,268,013) | (2,392,366) |
| | | | | | |
| **TOTAL REVENUE** | 8,896,487 | 2,872,217 | 3,120,606 | 3,826,950 | 4,084,929 |
| | | | | | |
| **Salaries and Wages** | | | | | |
| Owner's Compensation | - | - | - | - | - |
| Salaries | - | - | - | - | - |
| Full-Time Employees | 211,500 | 624,000 | 717,600 | 825,240 | 949,026 |
| Part-Time Employees | 17,500 | - | - | - | - |
| Payroll Taxes and Benefits | 69,215 | 195,006 | 224,257 | 257,896 | 296,580 |
| **Total Salary and Wages** | 298,215 | 819,006 | 941,857 | 1,083,136 | 1,245,606 |
| | | | | | |
| **Fixed Business Expenses** | | | | | |

**Reorganized Debtor's Revised Projections**
**Year End Summary**

| | 5-Year Projection With Scenario 1 | | | | |
|---|---|---|---|---|---|
| | Year One (Stub Period) | Year Two | Year Three | Year Four | Year Five |
| Contract Labor | 147,390 | 353,735 | 406,796 | 467,815 | 537,987 |
| Legal and Professional Fees | 25,750 | 53,045 | 61,002 | 70,152 | 80,675 |
| Office Expenses & Supplies | 3,347 | 6,895 | 7,929 | 9,118 | 10,486 |
| Rent of Equipment | 9,817 | 19,635 | 22,580 | 25,967 | 29,862 |
| Travel & Hospitality | 21,630 | 44,558 | 51,241 | 58,928 | 67,767 |
| Insurance (Liability and Property) | 13,000 | 26,780 | 30,797 | 35,417 | 40,729 |
| Advertising & Promotional Activities | 39,882 | 79,764 | 91,729 | 105,488 | 121,311 |
| Eblasts, Printing & Postage | 30,900 | 63,654 | 73,202 | 84,182 | 96,810 |
| Telephone & Internet | 3,461 | 7,129 | 8,199 | 9,428 | 10,843 |
| Dues and Subscriptions | 258 | 530 | 610 | 702 | 807 |
| Bank & Merchant Fees | 97 | 199 | 229 | 264 | 303 |
| Box Office Expeneses | 5,148 | 10,605 | 12,195 | 14,025 | 16,129 |
| Miscellaneous | 18,545 | 38,203 | 43,933 | 50,523 | 58,101 |
| Donated Professional Services | - | - | - | - | - |
| Donated Use of Facilities | 36,198 | 74,568 | 85,753 | 98,616 | 113,409 |
| Thrift Shop Expenses | 500,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| **Total Fixed Business Expenses** | 855,422 | 1,779,300 | 1,896,195 | 2,030,625 | 2,185,218 |
| **Other Expenses** | | | | | |
| Plan Contribution | 1,250,000 | - | - | - | |
| PBGC Note | | 85,000 | 85,000 | 85,000 | 85,000 |
| GUC Note | | 396,250 *** | 396,250 *** | 396,250 *** | 396,250 |
| **Total Other Expenses** | 1,250,000 | 481,250 | 481,250 | 481,250 | 481,250 |
| | | | | | |
| **TOTAL NET OPERATING INCOME** | $ 637,850 | $ (207,340) | $ (198,696) | $ 231,939 | $ 172,854 |
| | | | | | |
| Net Assets (w/o Bequest Principal) | $ 637,850 | $ 430,511 | $ 231,815 | $ 463,754 | $ 636,608 |
| Bequest Principal | 5,855,000 | 5,855,000 | 5,855,000 | 5,374,000 | 4,893,000 |
| **TOTAL NET ASSETS** | $ 6,492,850 | $ 6,285,511 | $ 6,086,815 | $ 5,837,754 | $ 5,529,608 |

**NOTE:**

\*    Year 1 revenue includes a restricted pledge from R. Niederhoffer for $1,250,000 that will be used to fund the Plan.

\*\*    For Scenario 1, years 4 and 5 revenue includes the release from Bequest Principal, if needed, of funds sufficient
to make remaining annual payments on account of the PBGC Note ($340,000) the GUC Note ($1,585,000).

\*\*\*    Creditor Notes (PBGC Note and GUC Note) total $1.925 M paid over 4 years

**Reorganized Debtor's Revised Projections**
**Year End Summary**

| | 5-Year Projection With Scenario 2 | | | | |
|---|---|---|---|---|---|
| | Year One (Stub Period) | Year Two | Year Three | Year Four | Year Five |
| | Jan 2016 - June 2016 | July 2016 - June 2017 | July 2017 - June 2018 | July 2018 - June 2019 | July 2019 - June 2020 |
| **Public support and other income** | | | | | |
| Contributions | $        2,175,000 | $        2,850,000 | $        3,277,500 | $        3,605,250 | $        3,965,775 |
| Grants | 250,000 | 249,996 | 287,495 | 316,245 | 347,869 |
| Thrift Shop | 600,000 | 1,200,000 | 1,200,000 | 1,200,000 | 1,200,000 |
| In-kind Donations | 36,198 | 74,568 | 85,753 | 94,329 | 103,761 |
| Endowment Interest Income | 91,470 | 182,939 | 182,939 | 182,939 | 182,939 |
| Bequest Income | 5,855,000 | | 1,281,000 | | - |
| Bequest Interest Income | 117,100 | 234,200 | 234,200 | 234,200 | 234,200 |
| **Total public support and other income** | 9,124,768 | 4,791,703 | 6,548,888 | 5,632,963 | 6,034,545 |
| | | | | | |
| **Net Income from Tosca Production** | 347,500 | | | | |
| | | | | | |
| **Performance & Special Event Income** | | | | | |
| GALA Income | 125,000 | - | - | - | - |
| Large Scale Productions | 456,300 | 1,521,000 | 1,521,000 | 1,521,000 | 1,521,000 |
| Small Scale Production | 40,050 | 80,100 | 80,100 | 80,100 | 80,100 |
| VOX Production | 3,750 | 7,500 | 7,500 | 7,500 | 7,500 |
| Opera for Kids | 80,550 | 268,500 | 268,500 | 268,500 | 268,500 |
| **Total Performance Income** | 705,650 | 1,877,100 | 1,877,100 | 1,877,100 | 1,877,100 |
| | | | | | |
| **Cost of Sales** | | | | | |
| GALA Expenses | 37,500 | - | - | - | - |
| Large Scale Productions | 902,044 | 3,006,813 | 3,187,222 | 3,282,839 | 3,381,324 |
| Small Scale Production | 172,527 | 345,054 | 365,757 | 376,730 | 388,032 |
| VOX Production | 89,860 | 179,719 | 190,502 | 196,217 | 202,104 |
| Opera for Kids | 79,500 | 265,000 | 280,900 | 289,327 | 298,007 |
| **Total Cost of Performance & Special Events** | 1,281,431 | 3,796,586 | 4,024,382 | 4,145,113 | 4,269,466 |
| | | | | | |
| **Net income from performance & special events** | (575,781) | (1,919,486) | (2,147,282) | (2,268,013) | (2,392,366) |
| | | | | | |
| **TOTAL REVENUE** | 8,896,487 | 2,872,217 | 4,401,606 | 3,364,950 | 3,642,179 |
| | | | | | |
| **Salaries and Wages** | | | | | |
| Owner's Compensation | - | - | - | - | - |
| Salaries | - | - | - | - | - |
| Full-Time Employees | 211,500 | 624,000 | 717,600 | 825,240 | 949,026 |
| Part-Time Employees | 17,500 | - | - | - | - |
| Payroll Taxes and Benefits | 69,215 | 195,006 | 224,257 | 257,896 | 296,580 |
| **Total Salary and Wages** | 298,215 | 819,006 | 941,857 | 1,083,136 | 1,245,606 |
| | | | | | |
| **Fixed Business Expenses** | | | | | |

**Reorganized Debtor's Revised Projections**
**Year End Summary**

| | 5-Year Projection With Scenario 2 | | | | |
|---|---|---|---|---|---|
| | Year One (Stub Period) | Year Two | Year Three | Year Four | Year Five |
| Contract Labor | 147,390 | 353,735 | 406,796 | 467,815 | 537,987 |
| Legal and Professional Fees | 25,750 | 53,045 | 61,002 | 70,152 | 80,675 |
| Office Expenses & Supplies | 3,347 | 6,895 | 7,929 | 9,118 | 10,486 |
| Rent of Equipment | 9,817 | 19,635 | 22,580 | 25,967 | 29,862 |
| Travel & Hospitality | 21,630 | 44,558 | 51,241 | 58,928 | 67,767 |
| Insurance (Liability and Property) | 13,000 | 26,780 | 30,797 | 35,417 | 40,729 |
| Advertising & Promotional Activities | 39,882 | 79,764 | 91,729 | 105,488 | 121,311 |
| Eblasts, Printing & Postage | 30,900 | 63,654 | 73,202 | 84,182 | 96,810 |
| Telephone & Internet | 3,461 | 7,129 | 8,199 | 9,428 | 10,843 |
| Dues and Subscriptions | 258 | 530 | 610 | 702 | 807 |
| Bank & Merchant Fees | 97 | 199 | 229 | 264 | 303 |
| Box Office Expeneses | 5,148 | 10,605 | 12,195 | 14,025 | 16,129 |
| Miscellaneous | 18,545 | 38,203 | 43,933 | 50,523 | 58,101 |
| Donated Professional Services | - | - | - | - | - |
| Donated Use of Facilities | 36,198 | 74,568 | 85,753 | 98,616 | 113,409 |
| Thrift Shop Expenses | 500,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| **Total Fixed Business Expenses** | 855,422 | 1,779,300 | 1,896,195 | 2,030,625 | 2,185,218 |
| **Other Expenses** | | | | | |
| Plan Contribution | 1,250,000 | - | - | - | |
| PBGC Note | | 85,000 | 85,000 | 85,000 | 85,000 |
| GUC Note | | 396,250  *** | 396,250  *** | 396,250  *** | 396,250 |
| **Total Other Expenses** | 1,250,000 | 481,250 | 481,250 | 481,250 | 481,250 |
| **TOTAL NET OPERATING INCOME** | $ 637,850 | $ (207,340) | $ 1,082,304 | $ (230,061) | $ (269,896) |
| **Net Assets (w/o Bequest Principal)** | $ 637,850 | $ 430,511 | $ 1,512,815 | $ 1,282,754 | $ 1,012,858 |
| Bequest Principal | 5,855,000 | 5,855,000 | 5,855,000 | 5,855,000 | 5,855,000 |
| **TOTAL NET ASSETS** | $ 6,492,850 | $ 6,285,511 | $ 7,367,815 | $ 7,137,754 | $ 6,867,858 |

**NOTE:**

*   Year 1 revenue includes a restricted pledge from R. Niederhoffer for $1,250,000 that will be used to fund the Plan.

**   For Scenario 1, years 4 and 5 revenue includes the release from Bequest Principal, if needed, of funds sufficient
to make remaining annual payments on account of the PBGC Note ($340,000) the GUC Note ($1,585,000).

***  Creditor Notes (PBGC Note and GUC Note) total $1.925 M paid over 4 years

**Reorganized Debtor's Revised Projections**
**Year End Summary**

| | Year One (Stub Period) | 5-Year Projection With Scenario 3 | | | |
|---|---|---|---|---|---|
| | | Year Two | Year Three | Year Four | Year Five |
| | Jan 2016 - June 2016 | July 2016 - June 2017 | July 2017 - June 2018 | July 2018 - June 2019 | July 2019 - June 2020 |
| **Public support and other income** | | | | | |
| Contributions | $        2,175,000 | $        2,850,000 | $        3,277,500 | $        3,605,250 | $        3,965,775 |
| Grants | 250,000 | 249,996 | 287,495 | 316,245 | 347,869 |
| Thrift Shop | 600,000 | 1,200,000 | 1,200,000 | 1,200,000 | 1,200,000 |
| In-kind Donations | 36,198 | 74,568 | 85,753 | 94,329 | 103,761 |
| Endowment Interest Income | 91,470 | 182,939 | 182,939 | 182,939 | 182,939 |
| Bequest Income | 5,855,000 | 400,000 | 1,781,000 | | |
| Bequest Interest Income | 117,100 | 234,200 | 234,200 | 234,200 | 234,200 |
| **Total public support and other income** | 9,124,768 | 5,191,703 | 7,048,888 | 5,632,963 | 6,034,545 |
| | | | | | |
| **Net Income from Tosca Production** | 347,500 | | | | |
| | | | | | |
| **Performance & Special Event Income** | | | | | |
| GALA Income | 125,000 | - | - | - | - |
| Large Scale Productions | 456,300 | 1,521,000 | 1,521,000 | 1,521,000 | 1,521,000 |
| Small Scale Production | 40,050 | 80,100 | 80,100 | 80,100 | 80,100 |
| VOX Production | 3,750 | 7,500 | 7,500 | 7,500 | 7,500 |
| Opera for Kids | 80,550 | 268,500 | 268,500 | 268,500 | 268,500 |
| **Total Performance Income** | 705,650 | 1,877,100 | 1,877,100 | 1,877,100 | 1,877,100 |
| | | | | | |
| **Cost of Sales** | | | | | |
| GALA Expenses | 37,500 | - | - | - | - |
| Large Scale Productions | 902,044 | 3,006,813 | 3,187,222 | 3,282,839 | 3,381,324 |
| Small Scale Production | 172,527 | 345,054 | 365,757 | 376,730 | 388,032 |
| VOX Production | 89,860 | 179,719 | 190,502 | 196,217 | 202,104 |
| Opera for Kids | 79,500 | 265,000 | 280,900 | 289,327 | 298,007 |
| **Total Cost of Performance & Special Events** | 1,281,431 | 3,796,586 | 4,024,382 | 4,145,113 | 4,269,466 |
| | | | | | |
| **Net income from performance & special events** | (575,781) | (1,919,486) | (2,147,282) | (2,268,013) | (2,392,366) |
| | | | | | |
| **TOTAL REVENUE** | 8,896,487 | 3,272,217 | 4,901,606 | 3,364,950 | 3,642,179 |
| | | | | | |
| **Salaries and Wages** | | | | | |
| Owner's Compensation | - | - | - | - | - |
| Salaries | - | - | - | - | - |
| Full-Time Employees | 211,500 | 624,000 | 717,600 | 825,240 | 949,026 |
| Part-Time Employees | 17,500 | - | - | - | - |
| Payroll Taxes and Benefits | 69,215 | 195,006 | 224,257 | 257,896 | 296,580 |
| **Total Salary and Wages** | 298,215 | 819,006 | 941,857 | 1,083,136 | 1,245,606 |
| | | | | | |
| **Fixed Business Expenses** | | | | | |

**Reorganized Debtor's Revised Projections**
**Year End Summary**

| | 5-Year Projection With Scenario 3 | | | | |
|---|---|---|---|---|---|
| | Year One (Stub Period) | Year Two | Year Three | Year Four | Year Five |
| Contract Labor | 147,390 | 353,735 | 406,796 | 467,815 | 537,987 |
| Legal and Professional Fees | 25,750 | 53,045 | 61,002 | 70,152 | 80,675 |
| Office Expenses & Supplies | 3,347 | 6,895 | 7,929 | 9,118 | 10,486 |
| Rent of Equipment | 9,817 | 19,635 | 22,580 | 25,967 | 29,862 |
| Travel & Hospitality | 21,630 | 44,558 | 51,241 | 58,928 | 67,767 |
| Insurance (Liability and Property) | 13,000 | 26,780 | 30,797 | 35,417 | 40,729 |
| Advertising & Promotional Activities | 39,882 | 79,764 | 91,729 | 105,488 | 121,311 |
| Eblasts, Printing & Postage | 30,900 | 63,654 | 73,202 | 84,182 | 96,810 |
| Telephone & Internet | 3,461 | 7,129 | 8,199 | 9,428 | 10,843 |
| Dues and Subscriptions | 258 | 530 | 610 | 702 | 807 |
| Bank & Merchant Fees | 97 | 199 | 229 | 264 | 303 |
| Box Office Expenees | 5,148 | 10,605 | 12,195 | 14,025 | 16,129 |
| Miscellaneous | 18,545 | 38,203 | 43,933 | 50,523 | 58,101 |
| Donated Professional Services | - | - | - | - | - |
| Donated Use of Facilities | 36,198 | 74,568 | 85,753 | 98,616 | 113,409 |
| Thrift Shop Expenses | 500,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| **Total Fixed Business Expenses** | 855,422 | 1,779,300 | 1,896,195 | 2,030,625 | 2,185,218 |
| **Other Expenses** | | | | | |
| Plan Contribution | 1,250,000 | - | - | - | |
| PBGC Note | | 85,000 | 85,000 | 85,000 | 85,000 |
| GUC Note | | 396,250 *** | 396,250 *** | 396,250 *** | 396,250 |
| **Total Other Expenses** | 1,250,000 | 481,250 | 481,250 | 481,250 | 481,250 |
| | | | | | |
| **TOTAL NET OPERATING INCOME** | $ 637,850 | $ 192,660 | $ 1,582,304 | $ (230,061) | $ (269,896) |
| | | | | | |
| Net Assets (w/o Bequest Principal) | $ 637,850 | $ 830,511 | $ 2,412,815 | $ 2,182,754 | $ 1,912,858 |
| Bequest Principal | 5,855,000 | 5,855,000 | 5,855,000 | 5,855,000 | 5,855,000 |
| | | | | | |
| **TOTAL NET ASSETS** | $ 6,492,850 | $ 6,685,511 | $ 8,267,815 | $ 8,037,754 | $ 7,767,858 |

**NOTE:**

\*    Year 1 revenue includes a restricted pledge from R. Niederhoffer for $1,250,000 that will be used to fund the Plan.

\*\*    For Scenario 1, years 4 and 5 revenue includes the release from Bequest Principal, if needed, of funds sufficient to make remaining annual payments on account of the PBGC Note ($340,000) the GUC Note ($1,585,000).

\*\*\*    Creditor Notes (PBGC Note and GUC Note) total $1.925 M paid over 4 years

## Salaries and Wages

| Salaries and Related Expenses | Year One (Stub Period) Jan 2016 - June 2016 | | Year Two July 2016 - June 2017 | | Year Three July 2017 - June 2018 | | Year Four July 2018 - June 2019 | | Year Five July 2019 - June 2020 |
|---|---|---|---|---|---|---|---|---|---|
| **Percent Change** | | | | | | | | | |
| **Salaries and Wages** | | | | | | | | | |
| **Wages** | | | | | | | | | |
| **Full-Time Employees** | $ | 211,500.00 | $ | 624,000.00 | $ | 717,600.00 | $ | 825,240.00 | $ 949,026.03 |
| **General Director** | | 100,000.00 | | 205,000.00 | | 235,750.00 | | 271,112.50 | 311,779.38 |
| **Artistic administrator** | | 45,000.00 | | 95,000.00 | | 109,250.00 | | 125,637.50 | 144,483.13 |
| **Chief of music staff** | | 25,000.00 | | 65,000.00 | | 74,750.00 | | 85,962.50 | 98,856.88 |
| **Bookkeeper** | | 22,500.00 | | 50,000.00 | | 57,500.00 | | 66,125.00 | 76,043.75 |
| **Production manager** | | 19,000.00 | | 65,000.00 | | 74,750.00 | | 85,962.50 | 98,856.88 |
| **Admin. assistant** | | | | 40,000.00 | | 46,000.00 | | 52,900.00 | 60,835.00 |
| **Admin. Assistant II** | | | | 39,000.00 | | 44,850.00 | | 51,577.50 | 59,314.13 |
| **Director of production** | | | | 65,000.00 | | 74,750.00 | | 85,962.50 | 98,856.88 |
| **Part-Time Employees** | $ | 17,500.00 | $ | - | | | | | |
| **Director of production** | | 17,500.00 | | | | | | | |
| | | | | - | | | | | |
| **Total Salaries and Wages** | | | | | | | | | |
| | $ | 229,000 | $ | 624,000 | $ | 717,600 | $ | 825,240 | $ 949,026 |
| **Payroll Taxes and Benefits** | | | | | | | | | |
| **Social Security** | | | | | | | | | |
| **Medicare** | | 14,885 | | 38,688 | | 44,491 | | 51,165 | 58,840 |
| **Federal Unemployment Tax (FUTA)** | | 3,252 | | 8,861 | | 10,190 | | 11,718 | 13,476 |
| **State Unemployment Tax (SUTA)** | | 56 | | 112 | | 129 | | 148 | 170 |
| **Employee Pension Programs** | | 189 | | 378 | | 435 | | 500 | 575 |
| **Worker's Compensation** | | | | | | | | | |
| **Employee Health Insurance** | | 38,885 | | 122,354 | | 140,708 | | 161,814 | 186,086 |
| **Other Employee Benefit Programs** | | 11,948 | | 24,613 | | 28,305 | | 32,551 | 37,433 |
| **Total Payroll Taxes and Benefits** | $ | 69,215 | $ | 195,006 | $ | 224,257 | $ | 257,896 | $ 296,580 |

## Fixed Operating Expenses

| Fixed Operating Expenses | Year One (Stub Period) Jan 2016 - June 2016 | Year Two July 2016 - June 2017 | Year Three July 2017 - June 2018 | Year Four July 2018 - June 2019 | Year Five July 2019 - June 2020 |
|---|---|---|---|---|---|
| **Percent Change** | | | | | |
| **Expenses** | | | | | |
| Contract Labor | 147,390 | 353,735 | 406,796 | 467,815 | 537,987 |
| Legal and Professional Fees | 25,750 | 53,045 | 61,002 | 70,152 | 80,675 |
| Office Expenses & Supplies | 3,347 | 6,895 | 7,929 | 9,118 | 10,486 |
| Rent of Equipment | 9,817 | 19,635 | 22,580 | 25,967 | 29,862 |
| Travel & Hospitality | 21,630 | 44,558 | 51,241 | 58,928 | 67,767 |
| Insurance (Liability and Property) | 13,000 | 26,780 | 30,797 | 35,417 | 40,729 |
| Advertising | 39,882 | 79,764 | 91,729 | 105,488 | 121,311 |
| Eblasts, Printing & Postage | 30,900 | 63,654 | 73,202 | 84,182 | 96,810 |
| Telephone & Internet | 3,461 | 7,129 | 8,199 | 9,428 | 10,843 |
| Dues and Subscriptions | 258 | 530 | 610 | 702 | 807 |
| Bank & Merchant Fees | 97 | 199 | 229 | 264 | 303 |
| Box Office Expeneses | 5,148 | 10,605 | 12,195 | 14,025 | 16,129 |
| Miscellaneous | 18,545 | 38,203 | 43,933 | 50,523 | 58,101 |
| Donated Professional Services | - | - | - | - | - |
| Donated Use of Facilities | 36,198 | 74,568 | 85,753 | 98,616 | 113,409 |
| Thrift Shop Expenses | 500,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| **Total Expenses** | $ 855,422 | $ 1,779,300 | $ 1,896,195 | $ 2,030,625 | $ 2,185,218 |

**Projected Sales Forecast**

| | | Year One (Stub Period) | Year Two | Year Three | Year Four | Year Five |
|---|---|---|---|---|---|---|
| | | Jan 2016 - June 2016 | July 2016 - June 2017 | July 2017 - June 2018 | July 2018 - June 2019 | July 2019 - June 2020 |
| **GALA** | | | | | | |
| Number of Projected tickets sold | | 250 | | | | |
| Ticket unit price | $ | 500.00 | | | | |
| **Gross Gala Income** | $ | 125,000 | | | | |
| | | | | | | |
| Number of Projected attendees | | 300 | | | | |
| Dinner cost per attendees | $ | 125.00 | | | | |
| **Direct Cost** | $ | 37,500 | | | | |
| | | | | | | |
| | | | | | | |
| **Large Scale Productions (Each Production includes  approximately 5-6 performances)** | | | | | | |
| Ticket Sales Per Performance | $ 76,050.00 | $ 456,300 | $ 1,521,000 | $ 1,521,000 | $ 1,521,000 | $ 1,521,000 |
| Performance Expenses - Performers | 20,000 | | | | | |
| Performance Expenses - Orchestra & Chorus | 45,258 | | | | | |
| Performance Expenses - Covers & Supers | 1,667 | | | | | |
| Performance Expenses - Production Fee | 8,250 | | | | | |
| Performance Expenses - Scenry & Costumes | 12,500 | | | | | |
| Performance Expenses - Theater Space Fee | 62,667 | | | | | |
| **Total Cost per Performance** | $ 150,341 | $ 902,044 | $ 3,006,813 | $ 3,187,222 | $ 3,282,839 | $ 3,381,324 |
| **Gross Margin Per Unit** | $ (74,290.67) | | | | | |
| **Projected Number of Performances** | | 6 | 20 | 20 | 20 | 20 |
| | | | | | | |
| | | | | | | |
| **Small Scale Production (Each Production includes approximately 5-6 performances)** | | | | | | |
| Ticket Sales Per Performance | $ 6,675.00 | $ 40,050 | $ 80,100 | $ 80,100 | $ 80,100 | $ 80,100 |
| Performance Expenses - Performers | 4,250 | | | | | |
| Performance Expenses - Orchestra & Chorus | 6,720 | | | | | |
| Performance Expenses - Production Fee | 3,875 | | | | | |
| Performance Expenses - Scenry & Costumes | 8,333 | | | | | |
| Performance Expenses - Theater Space Fee | 2,917 | | | | | |
| Performance Expenses - Others | 2,660 | | | | | |
| **Total Cost per Performance** | $ 28,755 | $ 172,527 | $ 345,054 | $ 365,757 | $ 376,730 | $ 388,032 |
| **Gross Margin Per Unit** | (22,080) | | | | | |
| **Projected Number of Performances** | | 6 | 12 | 12 | 12 | 12 |

**Projected Sales Forecast - Page 2**

| | | | Year One (Stub Period) | Year Two | Year Three | Year Four | Year Five |
|---|---|---|---|---|---|---|---|
| | | | Jan 2016 - June 2016 | July 2016 - June 2017 | July 2017 - June 2018 | July 2018 - June 2019 | July 2019 - June 2020 |
| **VOX Production** | | | | | | | |
| **Ticket Sales Per Performance** | $ | 3,750 | $ 3,750.00 | $ 7,500.00 | $ 7,500.00 | $ 7,500.00 | $ 7,500.00 |
| Performance Expenses - Performers | | 10,000 | | | | | |
| Preformance Expenses - Orchestra & Cho | | 62,360 | | | | | |
| Performance Expenses - Production Fees | | 7,500 | | | | | |
| Performance Expenses - Theater Space F | | 5,000 | | | | | |
| Performance Expenses - Other Profession | | 5,000 | | | | | |
| **Variable Cost Per Unit** | $ | 89,860 | $ 89,859.50 | $ 179,719.00 | $ 190,502.14 | $ 196,217.20 | $ 202,103.72 |
| **Gross Margin Per Unit** | $ | (86,110) | | | | | |
| **Projected Number of Production** | | | 1 | 2 | 2 | 2 | 2 |
| **Opera for Kids** | | | | | | | |
| **Ticket Sales Per Performance** | $ | 26,850 | $ 80,550.00 | $ 268,500.00 | $ 268,500.00 | $ 268,500.00 | $ 268,500.00 |
| Performance Expenses - Concert Hal | | 10,000 | | | | | |
| Performance Expenses - Orchestra | | 7,500 | | | | | |
| Performance Expenses - Programs | | 5,000 | | | | | |
| Performance Expenses - Other Profession | | 4,000 | | | | | |
| **Variable Cost Per Unit** | $ | 26,500 | $ 79,500.00 | $ 265,000.00 | $ 280,900.00 | $ 289,327.00 | $ 298,007.00 |
| **Gross Margin Per Unit** | $ | 350 | | | | | |
| **Projected Unit Sales** | | | | | | | |
| **Projected Number of Production** | | | 3 | 10 | 10 | 10 | 10 |