**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen
S. Jason Teele
Nicole Stefanelli
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

-and-

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| New York City Opera, Inc. | Case No. 13-13240 (SHL) |
| Debtor. | |

**CERTIFICATION OF NICOLE STEFANELLI REGARDING TABULATION OF BALLOTS AND RESULTS OF VOTING WITH RESPECT TO THE FIRST AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF NYCO RENAISSANCE, LTD. AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Nicole Stefanelli, pursuant to 28 U.S.C. § 1746, certifies as follows:

1. I am an attorney with the law firm of Lowenstein Sandler LLP ("**Lowenstein Sandler**"), counsel to New York City Opera, Inc., the above-captioned debtor and debtor in possession (the "**Debtor**").

2. This Certification is submitted with respect to the tabulation of ballots and results of voting on the *First Amended Joint Chapter 11 Plan of Reorganization of NYCO*

*Renaissance, Ltd. and Official Committee of Unsecured Creditors* (the "**Plan**").[1]  Except as otherwise indicated, I have personal knowledge of the facts set forth herein.

3. On December 2, 2015, the Court entered the Scheduling Order: (A) Fixing Dates for Soliciting, Voting and Combined Hearing on Disclosure Statement and Plan; (B) Establishing Notice and Objection Procedures; and (C) Approving Solicitation and Voting Materials and Related Procedures [Docket No. 319] (the "**Scheduling Order**").

4. The procedures for the solicitation and tabulation of votes on the Plan are set forth in the Scheduling Order.  The Ballot approved pursuant to the Scheduling Order directed voting parties to return Ballots to Lowenstein Sandler.

5. Pursuant to the Scheduling Order, only holders of claims in Classes 3, 4 and 5 (the "**Voting Classes**") were entitled to vote to accept or reject the Plan.

6. Pursuant to the Scheduling Order, Ballots must have been properly executed, completed and delivered to Lowenstein Sandler by no later than 5:00 p.m. on January 5, 2016 (the "**Voting Deadline**").

7. All validly executed Ballots cast by holders of claims in any of the Voting Classes and received by Lowenstein Sandler on or before the Voting Deadline were tabulated in accordance with the Scheduling Order.  The following table summarizes the voting results:

| CLASS | ACCEPT | | REJECT | |
| --- | --- | --- | --- | --- |
| | Amount | Number | Amount | Number |
| Class 3 | $4,616,067.00[2]<br>**100%** | 1<br>**100%** | $0<br>**0.00%** | 0<br>**0.00%** |
| Class 4 | $22,670,020.23<br>**100%** | 22<br>**100%** | $0<br>**0.00%** | 0<br>**0.00%** |

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Plan or Scheduling Order (as defined below).

[2] The Ballot submitted by the Pension Benefit Guaranty Corporation (the only creditor in Class 3) was received by electronic mail on January 5, 2016.  The original Ballot was received on January 6, 2016.  The Plan Sponsors agreed that this Ballot would be tabulated.

-3-

| Class 5 | $2,206.26 **100%** | 3 **100%** | $0 **0.00%** | 0 **0.00%** |

8. The detailed voting results by holders of claims in each of the Voting Classes are set forth in **Exhibit A** hereto.

9. Attached hereto as **Exhibit B** is a list of the Ballots were not included in the tabulation of votes and the reasons such votes were not included.

10. Based on the voting, each of the Voting Classes has voted to accept the Plan.

11. The original Ballots will be available for inspection at the hearing to consider confirmation of the Plan, which is scheduled for January 12, 2016 at 10:00 a.m. (ET).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  January 11, 2016

              */s/ Nicole Stefanelli*
              Nicole Stefanelli

# **Exhibit A**

**In re: New York City Opera, Inc.**
**Case Number: 13-13240 (SHL)**
**Class 3 Ballots**

| Creditor and Address | Class of Claim | Claim Amount | Accepts Plan/ Rejects Plan | Notes |
|---|---|---|---|---|
| Pension Benefit Guaranty Corporation<br>1200 K. Street, N.W.<br>Washington, DC 20005 | 3 | $4,616,067.00 | Accepts | Ballot was received by electronic mail on January 5, 2016. The original Ballot was received on January 6, 2016. The Plan Sponsors agreed that this Ballot would be tabulated. |
|  | TOTAL | $4,616,067.00 |  |  |

**In re: New York City Opera, Inc.**
**Case Number: 13-13240 (SHL)**
**Class 4 Ballots**

| Creditor and Address | Class of Claim | Claim Amount | Accepts Plan/ Rejects Plan | Notes |
|---|---|---|---|---|
| Playbill<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326 | 4 | $5,500.00 | Accepts | |
| Target Resource Group, LLC<br>90 S. Cascade Avenue, Suite 510<br>Colorado Springs, CO 80903 | 4 | $10,155.52 | Accepts | |
| Laurance Fader<br>711 Amsterdam Ave<br>New York, NY 10025 | 4 | $33,000.00 | Accepts | |
| New York City Center, Inc.<br>130 West 56th Street<br>New York, NY 10019 | 4 | $148,745.00 | Accepts | |
| Suomen Kansallisoopperan saatso<br>PL 176, Helsinginkatu 58<br>Helsinki 00257 Finland | 4 | $9,835.90 | Accepts | Class not indicated on Ballot. Not a deficient ballot under tabulation rules. |
| Welfare Fund of Wardrobe Local 764, IATSE<br>c/o Spivak Lipton LLP<br>1700 Broadway, Suite 2100<br>New York, NY 10019 | 4 | $29,261.16 | Accepts | |
| Annuity Fund of Wardrobe Local 764, IATSE<br>c/o Spivak Lipton LLP<br>1700 Broadway, Suite 2100<br>New York, NY 10019 | 4 | $19,083.40 | Accepts | |

In re: New York City Opera, Inc.
Case Number: 13-13240 (SHL)
**Class 4 Ballots**

| Creditor and Address | Class of Claim | Claim Amount | Accepts Plan/ Rejects Plan | Notes |
|---|---|---|---|---|
| Pension Fund of Wardrobe Local 764, IATSE<br>c/o Spivak Lipton LLP<br>1700 Broadway, Suite 2100<br>New York, NY 10019 | 4 | $272,099.63 | Accepts | |
| United Scenic Artists Local 829 Pension Fund<br>c/o Spivak Lipton LLP<br>1700 Broadway, Suite 2100<br>New York, NY 10019 | 4 | $3,607.68 | Accepts | |
| Theatrical Wardrobe Union Local 764, IATSE<br>c/o Spivak Lipton LLP<br>1700 Broadway, Suite 2100<br>New York, NY 10019 | 4 | $274,800.83 | Accepts | |
| American Express Travel Related Services Company, Inc.<br>c/o Becket & Lee LLP<br>16 General Warren Boulevard, P.O. Box 3001<br>Malvern, PA 19355 | 4 | $31,143.79 | Accepts | |
| Christopher Herbert<br>131 Saint Felix St. #2<br>Brooklyn, NY 11217 | 4 | $6,000.00 | Accepts | |
| New York City Ballet<br>20 Lincoln Center<br>New York, NY 10023 | 4 | $780,776.24 | Accepts | |
| William Barto Jones<br>215 West 83rd #10G<br>New York, NY 10024 | 4 | $15,276.40 | Accepts | |

**In re: New York City Opera, Inc.**
**Case Number: 13-13240 (SHL)**
**Class 4 Ballots**

| Creditor and Address | Class of Claim | Claim Amount | Accepts Plan/ Rejects Plan | Notes |
|---|---|---|---|---|
| IATSE National Health & Welfare Fund<br>c/o Spivak Lipton LLP<br>1700 Broadway, Suite 2100<br>New York, NY 10019 | 4 | $3,911.21 | Accepts | |
| Lynn Baker<br>251 W. 81st St., #5A<br>New York, NY 10024 | 4 | $26,467.05 | Accepts | |
| David P. Thiele<br>City Center of Music & Drama, Inc.<br>20 Lincoln Center<br>New York, NY 10023 | 4 | $3,240,276.18 | Accepts | |
| Gary Wedow<br>39-19 44th Street<br>Sunnyside, NY 11104 | 4 | $14,000.00 | Accepts | |
| American Federation of Musicians and Employers' Pension Fund<br>14 Penn Plaza, 12th Floor<br>New York, NY 10122 | 4 | $17,575,630.00 | Accepts | |
| AGMA Retirement Plan<br>1430 Broadway #1203<br>New York, NY 10018 | 4 | $41,954.19 | Accepts | |
| AGMA Health Fund<br>1430 Broadway #1203<br>New York, NY 10018 | 4 | $64,422.33 | Accepts | |

**In re: New York City Opera, Inc.**
**Case Number: 13-13240 (SHL)**
**Class 4 Ballots**

| Creditor and Address | Class of Claim | Claim Amount | Accepts Plan/ Rejects Plan | Notes |
|---|---|---|---|---|
| United Scenic Artists Local USA 829<br>29 W. 38th Street, 15th Floor<br>New York, NY 10018 | 4 | $64,073.72 | Accepts | |
| | TOTAL | $22,670,020.23 | | |

In re: New York City Opera, Inc.
Case Number: 13-13240 (SHL)
**Class 5 Ballots**

| Creditor and Address | Class of Claim | Claim Amount | Accepts Plan/ Rejects Plan | Notes |
|---|---|---|---|---|
| American Express Travel Related Services Company, Inc. c/o Becket & Lee LLP 16 General Warren Boulevard, P.O. Box 3001 Malvern, PA 19355 | 5 | $621.26 | Accepts | Creditor indicated Class 4 on Ballot. Because the claim is under $2,000, it was tabulated as a Class 5 claim. |
| American Express Travel Related Services Company, Inc. c/o Becket & Lee LLP 16 General Warren Boulevard, P.O. Box 3001 Malvern, PA 19355 | 5 | $1,341.75 | Accepts | Creditor indicated Class 4 on Ballot. Because the claim is under $2,000, it was tabulated as a Class 5 claim. |
| American Express Travel Related Services Company, Inc. c/o Becket & Lee LLP 16 General Warren Boulevard, P.O. Box 3001 Malvern, PA 19355 | 5 | $243.25 | Accepts | Creditor indicated Class 4 on Ballot. Because the claim is under $2,000, it was tabulated as a Class 5 claim. |
| | **TOTAL** | **$2,206.26** | | |

# **Exhibit B**

**In re: New York City Opera, Inc.**
**Case Number: 13-13240 (SHL)**
**Ballots Not Tabulated**

| Creditor and Address | Class of Claim | Claim Amount | Accepts Plan/ Rejects Plan | Reason that Ballot was Not Tabulated |
|---|---|---|---|---|
| American Guild of Musical Artists<br>1430 Broadway<br>New York, NY 10018 | 1 | $584,291.42 | Rejects | Not entitled to vote on the Plan. |
| Cammack LaRhett Advisors, LLC<br>40 Wall Street, 56th Floor<br>New York, NY 10005 | 4 | $12,500.03 | Not indicated | Does not indicate either an acceptance of rejection of the Plan. |
| Local 802 Musicians' Health Fund<br>322 West 48th Street<br>New York, NY 10036 | 4 | $38,689.80 | Accepts | Received after the Voting Deadline and does not contain an original signature. |