**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen
S. Jason Teele
Nicole Stefanelli
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

-and-

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| New York City Opera, Inc. | |
| Debtor. | Case No. 13-13240 (SHL) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 12, 2016 AT 10:00 A.M.**

Date and Time of Hearing:   January 12, 2016 at 10:00 a.m. (Prevailing Eastern Time)

Location of Hearing:   United States Bankruptcy Court of the
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Room 701
New York, New York 10004-1408

Copies of Pleadings: A copy of each pleading can be viewed on the Court's website at www.ecf.nysb.uscourts.gov.

**I.    UNCONTESTED MATTER**

1. Fifth Interim Fee Application of Ewenstein & Roth LLP As Special Counsel to the Debtor, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from August 1, 2015 through November 30, 2015 [Docket No. 323]

    **Response Deadline**:  January 5, 2016 at 5:00 p.m. (ET)

    **Responses Received:**

    A.    Statement of No Objection to Fifth Interim Fee Application of Ewenstein & Roth filed by the Office of the United States Trustee [Docket No. 325]

    **Related Documents:**

    B.    Notice of Hearing of Fifth Interim Fee Application of Ewenstein & Roth LLP as Special Counsel to the Debtor, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from August 1, 2015 through November 30, 2015 [Docket No. 324]

**STATUS:**  This matter is going forward.

**II.    CONTESTED MATTERS**

2. Motion of the Debtor for Entry of an Order Authorizing and Approving Certain Agreements [Docket No. 328]

    **Response Deadline**:  January 11, 2016 at 12:00 p.m. (ET)

    **Responses Received:**

    A.    Informal response of the New York Attorney General

    **Related Documents:**

    A.    Motion For Order Shortening Time For Notice of Hearing to Consider the Motion of the Debtor for Entry of an Order Authorizing and Approving Certain Agreements [Docket No. 329]

    B.    Order Shortening Time For Notice of Hearing to Consider the Motion of the Debtor for Entry of an Order Authorizing and Approving Certain Agreements entered on January 4, 2016 [Docket No. 330]

    C.    Certification of Nicole Stefanelli Regarding Motion of the Debtor for Entry of an Order Authorizing and Approving Certain Agreements [Docket No. 341]

**STATUS:** As detailed in the Certification of Nicole Stefanelli filed on today's date, a revised form of order resolving the informal objection of the New York Attorney General will be presented at the hearing.

3. Application of New Vision Pursuant to § 503(b) for Allowance of Administrative Expenses For Counsel Fees and Other Expenses in Making a Substantial Contribution in this Case [Docket No. 321]

   **Response Deadline**: January 5, 2016 at 5:00 p.m. (ET) (extended to January 7, 2016 for the Office of the United States Trustee)

   **Responses Received:**

   A. The New York Attorney Generals Objection to New Visions § 503(b) Application for Expenses Including Counsel Fees [Docket No. 332]

   B. Objection of the United States Trustee to New Vision for NYC Opera, Inc.'s Application for Reimbursement of Professional Fees Pursuant to Bankruptcy Code § 503(b) [Docket No. 336]

   **Related Documents:**

   C. Reply to Objections Filed by the New York Attorney General and the United States Trustee to New Vision's Substantial Contribution Application [Docket No. 337]

**STATUS:** This matter is going forward.

4. First Amended Joint Chapter 11 Plan of Reorganization of NYCO Renaissance, Ltd. and Official Committee of Unsecured Creditors for New York City Opera, Inc. [Docket No. 315]

   **Response Deadline**: January 5, 2016 at 5:00 p.m. (ET)

   **Responses Received:**

   A. The New York Attorney Generals Response to the Joint Plan for Reorganization Submitted by NYCO Renaissance and the Official Committee of Unsecured Creditors [Docket No. 331]

   B. Limited Objection to Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization of NYCO Renaissance, Ltd. and Official Committee of Unsecured Creditors for New York City Opera, Inc. filed by The American Guild of Musical Artists [Docket No. 335]

**Related Documents:**

C. First Amended Disclosure Statement for the First Amended Joint Chapter 11 Plan of Reorganization of NYCO Renaissance, Ltd. and Official Committee of Unsecured Creditors for New York City Opera, Inc. [Docket No. 314]

D. Scheduling Order: (A) Fixing Dates for Soliciting, Voting and Combined Hearing on Disclosure Statement and Plan; (B) Establishing Notice and Objection Procedures; and (C) Approving Solicitation and Voting Materials and Related Procedures [Docket No. 319]

E. Plan Supplement to the First Amended Joint Chapter 11 Plan of Reorganization of NYCO Renaissance, Ltd. and Official Committee of Unsecured Creditors for New York City Opera, Inc. [Docket No. 327]

F. Reply of NYCO Renaissance, Ltd. to (a) the New York Attorney Generals Response to the Joint Plan for Reorganization, and (b) the Limited Objection of AGMA to Confirmation [Docket No. 338]

G. Certification of Nicole Stefanelli Regarding Tabulation of Ballots and Results of Voting with Respect to the First Amended Joint Chapter 11 Plan of Reorganization of NYCO Renaissance, Ltd. and Official Committee Of Unsecured Creditors [Docket No. 340]

Dated: January 11, 2016

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/  *Nicole Stefanelli*
Kenneth A. Rosen
S. Jason Teele
Nicole Stefanelli
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
krosen@lowenstein.com
steele@lowenstein.com
nstefanelli@lowenstein.com

*Counsel to the Debtor and Debtor in Possession*